**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Never Slip Holdings, Inc., *et al.*,[1] | Case No. 24-10663 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENTS**
**OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Never Slip Holdings, Inc. (5010); Never Slip TopCo, Inc. (8956); SHO Holding I Corporation (7699); SHO Holding II Corporation (7738); Shoes For Crews, Inc. (9679); SFC Holdings, Inc. (8908); SFC Holdings, LLC (2357); Shoes for Crews, LLC (2362); SRS/MKS, L.L.C. (7003); Shoes for Crews Canada, Ltd. (0085); SFC Canada, Inc. (1314); and Sunrise Enterprises, LLC (4516).  The Debtors' service address is 5000 T-Rex Avenue, Suite 100, Boca Raton, FL 33431.

## I.    Notes Applicable to all Schedules and Statements

**Note 1:  Reporting Date**.  The reported asset and liability values in Schedules A and B reflect the Debtors' asset values as of April 1, 2024 (the "Reporting Date" or "Petition Date").  The liability information contained in Schedules D and E/F parts 1 and 2 are also reported as of the Reporting Date.

**Note 2:  Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Note 3:  Signatory**.  Christopher Sim has signed the Schedules and Statements.  Mr. Sim serves as Chief Financial Officer of the Debtors and is the authorized signatory for the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Sim has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Sim has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct and accurate as of the date he signed the Schedules and Statements.

**Note 4:  Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

**Note 5:  Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Reporting Date.

**Note 6:  Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions, as of the Reporting Date, with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 7:  Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

**Note 8:  Reservation of Rights**.  In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time their preparation.  Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements or may require the Debtors to file amended Schedules and Statements. The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the

extent necessary to advance positions in the chapter 11 cases that might conflict with the Schedules and Statements.

**Note 9:  Confidentiality.**  To protect the privacy of certain individual parties, including, among others, the Debtors' employees, customers, creditors and interest holders who are individuals, and in accordance with the *Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 46], mailing addresses of such individuals were excluded from the Schedules and Statements.  The Debtors have used this approach to, as noted, protect the privacy of an individual, for the protection of sensitive commercial information, or because of a confidentiality agreement.  The alterations are limited to only what is necessary to protect the Debtors or the third party.

## II.   Notes to Schedules of Assets and Liabilities

1. ***Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments***.
   Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion").

   Additionally, the Court, pursuant to the *Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief* [Docket No. 126], has authorized the Debtors to provide adequate assurance of payment for future utility services.  Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Reporting Date.

   ***Schedule A/B, Part 3 – Accounts Receivable*.**  The receivables listed in the Schedules include receivables from the Debtors' customers and are calculated net of any amounts that, as of the Reporting Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day practices.  The accounts receivable balances in this section exclude intercompany related receivables. Intercompany related receivables are instead shown in the response to Part 11, Question 77.

   ***Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture*.**  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

2

***Schedule A/B, Part 5 – Inventory, excluding agricultural assets.*** Amounts represent inventory on hand and inventory in transit as of the Reporting Date. Amounts presented as inventory receipts within twenty days of the Petition Date have not been reduced to reflect inventory received under cash in advance payment or payments made postpetition under certain First Day Orders (as defined below). The amounts listed in Part 5 should not be interpreted as an estimate of claims pursuant to Bankruptcy Code section 503(b)(9)**.**

***Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles***. Dollar amounts are presented net of accumulated depreciation and other adjustments. Unless otherwise indicated, owned property and equipment are listed at net book value. The Debtors lease equipment from certain third-party lessors. Such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

***Schedule A/B, Part 8 – Machines, Equipment, and Vehicles***. Vehicle and equipment identification details (year, make, model, etc.) are taken from postpetition inventory reviews in connection with readying the Debtors' assets for sale.

***Schedule A/B, Part 9 – Real Property***. Unless otherwise indicated, real property and leasehold improvements are listed at net book value.

***Schedule A/B, Part 10 – Intangibles and Intellectual Property Rights***. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights. The Debtors' intangibles and intellectual property interests are listed at net book value as reflected in the Debtors' books and records as of the Petition Date, or reflected as undetermined, unless otherwise noted. Trademarks and domains are listed as having an undetermined value.

***Schedule A/B, Part 11 – All Other Assets***. Dollar amounts are presented net of impairments and other adjustments. The value of all assets listed on Schedule A/B are calculated as of the Reporting Date. Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims***. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Despite exercising their reasonable efforts to identify all such assets, the Debtors may not

have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules.

*Interests in Insurance Policies or Annuities*.  A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief* [Docket No. 6].  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined" for each of the Debtors.  The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of the Petition Date.  To the extent the Debtors have made a determination of the amount of prepaid insurance premiums or prefunded claim tails as of the Reporting Date, such amounts are only listed on Schedule A/B, Part 2, Question 8, as prepayments.  All policies are expected to remain active until their stated expiration.

*Intercompany Claims*.  Certain receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  The Debtors continue to review intercompany receivables and payables and, for the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

*Other Receivables*.  Trade payables with vendors where the Debtor is in a net creditor position are listed as a receivable to the Debtor and not as a negative claim amount on Schedule E/F.

2.    ***Schedule D – Creditors Who Have Claims Secured by Property***.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights, stipulations or releases pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.  The Debtors made reasonable, good-faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed on March 23, 2024, or a vendor may not have

filed the requisite perfection documentation. Finally, although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt facilities, only administrative agents have been listed for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Christopher Sim, Chief Financial Officer of Never Slip Holdings, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First Day Declaration"). Furthermore, in addition to the First Day Declaration, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral, security interests, and the nature, extent, and priority of any liens.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Except as specifically stated, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.  ***Schedule E/F – Creditors Who Have Unsecured Claims***. The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Credits and Adjustments***. The claims of creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or other adjustments due from such creditors to the Debtors.

***Paid Claims***. The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to bankruptcy court orders (collectively, the "First Day Orders"). As such, certain liabilities listed in the Schedules and Statements may have been subsequently reduced or

satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in the Schedules and Statements. The designation of such liabilities as "Disputed" means that they have been or may in the future be reduced as to amounts payable or paid in accordance with the First Day Orders.

***Excluded Liabilities***. The Debtors excluded deferred tax liabilities and accrued salaries and employee benefits from the Schedules and Statements. Other immaterial liabilities may also have been excluded.

 ***Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 111], the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Such claims are listed as "unliquidated" and will be satisfied in the ordinary course during these chapter 11 cases pursuant to authority granted to the Debtors in the relevant First Day Orders. Certain of such claims, however, may be subject to ongoing audits. Therefore, the Debtors have listed all such claims as "contingent" and "unliquidated," pending final resolution of ongoing audits or other outstanding issues.

Furthermore, pursuant to the *Final Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief* [Docket No. 171] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business. The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 1 – Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed in Schedule E/F.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the First Day Orders or the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party.  Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation.  The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G.  It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable.  In addition, the Debtors reserve the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing.  Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

***Intercompany***.  The Debtors maintain business relationships among each other and with their foreign subsidiaries based in Canada, Europe, and Asia (collectively, the "Foreign Subsidiaries"), resulting in intercompany receivables and payables in the ordinary course of business.  Such Intercompany Claims arise (a) among the Debtors and (b) between the Debtors and the Foreign Subsidiaries pursuant to prepetition intercompany arrangements.

*Trade Payables*.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

*Customer Programs*.  A more thorough description of the Debtors' customer relationships is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 12].  The Debtors received approval under the *Final Order (I) Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 115] to continue to honor certain obligations to customers, and otherwise continue customer programs in the ordinary course of business such as courtesy credits issued to customers in the ordinary course of business.

4.    ***Schedule G – Executory Contracts and Unexpired Leases***.  Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Additionally, relationships between the Debtors and their customers are often governed by a master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts.  The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome.  Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders (including statements of work) placed thereunder may have been omitted.  The Debtors reserve all rights to sever or argue that any agreement listed in Schedule G is severable.

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final

exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease. To the extent the Debtors were unable to attribute an executory contract or unexpired lease to a specific Debtor, the liability has been listed on Schedule G of Shoes for Crews, LLC.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some, but not all, cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, may reflect distinct agreements between the applicable Debtor and such supplier or provider, or work or purchase orders pursuant to a master services agreement, which may not be considered executory contracts. The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of

any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

5.   *Schedule H – Co-Debtors*.

For purposes of Schedule H, the Debtors have listed only the agent under the prepetition credit facility or counterparties that are subject to a guaranty related to the co-Debtors.

In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

## III.   <u>Notes to Statements of Financial Affairs</u>

1.   *Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue*. The income stated in the Debtors' response is consistent with the consolidated sales disclosed in compliance with GAAP and, for purposes of these Statements, does not include revenue derived from Intercompany Transactions. Revenue reported on Question 1 is net of discounts, chargebacks and related items. Revenue for the current fiscal year has been provided through the Reporting Date, on a prorated basis when indicated below. Although the Debtors track unrealized gains related to foreign exchange rates for accounting purposes, the Debtors' response to Question 2 does not reflect unrealized gains related to foreign exchange.

*Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors*. The Debtors operate an integrated and elaborate system of bank accounts to facilitate the collection and disbursement of funds worldwide. All payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by Shoes for Crews, LLC or one of its Debtor affiliates from operating bank accounts (the "<u>Operating Accounts</u>"), on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion.

Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.

The Debtors have responded to Question 3 in detailed format by listing each payment for the 90 days prior to the Petition Date. The response to Question 3, however, does not include transfers to insiders (which transfers appear in response to Part 2, Question 4).

The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings. In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors. As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses.

Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates. To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

2.    ***Statements, Part 3, Question 7 – Legal Actions or Assignments***. The actions described in response to Question 7 are the responsive proceedings or pending proceedings of which the Debtors are aware. The actions described in Question 7 include audits being conducted by various state taxing authorities.

Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights and defenses with respect to all listed audits. The listing of any such audits shall not constitute an admission by the Debtors of any liabilities against the Debtors or any affiliates of the Debtors.

3.    ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***. Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to (i) debt restructuring, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders. The Debtors believe

that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.  The Debtors have listed all such payments on the Statement of Shoes for Crews, LLC.  In addition, in the interest of additional disclosure and out of an abundance of caution, the Debtors have included all payments to applicable professionals, including payments unrelated to bankruptcy (*e.g.*, for corporate, intellectual property, and litigation-related professional fees and expenses) made within one year proceeding the Petition Date.

4.    ***Statements, Part 6, Question 13*** — The Debtors may, from time to, transfer equipment and other assets and/or sell certain equipment and other assets to third parties.  These types of ordinary course transfers have not been disclosed.  The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party.  These types of transfers have not been disclosed.

5.    ***Statements, Part 12, Questions 22-24 – Details about Environmental Information***.  The Debtors acknowledge the possibility that information related to material proceedings, notices and governmental notifications responsive to Statements, Part 12, Questions 22-24, may be discovered subsequent to the filing of the Schedules and Statements.  The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.  In addition, Statements, Part 2, Question 7, may identify information that is also responsive to Statements, Part 12, Question 22.

6.    ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements***.  The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors.  Financial statements may have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

7.    ***Statements, Part 13, Question 28 – Controlling Shareholders***.  For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the ownership interests in the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

* * * * *

| Debtor Name | **Shoes For Crews, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **24-10670** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

---

*1. Schedule A/B: Assets - Real and Personal Property*     (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................

$4,788,046.94

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................

$461,909,666.76

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*................................................................

$466,697,713.70

---

**Part 2:** Summary of Liabilities

---

2. *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D............................

$459,240,497.51

3. *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*................................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................

**+** $158,232,782.13

4. **Total liabilities** ................................................................
Lines 2 + 3a + 3b

$617,473,279.64

| Debtor Name | **Shoes For Crews, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **24-10670** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2.    **Cash on hand** | | | $300.00 |

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | JPMorgan Chase Bank | Master Depository Account | x1022 | $2,458,949.21 |
| 3.2 | JPMorgan Chase Bank | Disbursement Account | x7195 | $0.00 |
| 3.3 | JPMorgan Chase Bank | Depository Account - Orlando | x3871 | $0.00 |
| 3.4 | JPMorgan Chase Bank | Depository Account - Las Vegas | x6528 | $0.00 |
| 3.5 | JPMorgan Chase Bank | Payroll Account | x0355 | $0.00 |
| 3.6 | JPMorgan Chase Bank | Utilities Deposit Account | x2203 | $0.00 |
| 3.7 | JPMorgan Chase Bank | CIT Facility Escrow Account | x2211 | $0.00 |
| 3.8 | JPMorgan Chase Bank | Professional Fee Escrow Account | x2195 | $0.00 |

4.    **Other cash equivalents**

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

| | | |
|---|---|---|
| 5. | **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$2,459,249.21** |

**Part 2:**      **Deposits and prepayments**

6.    **Does the debtor have any deposits or prepayments?**

     ☐ No. Go to Part 3.
     ☑ Yes. Fill in the information below.

                                                         **Current value of<br>debtor's interest**

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

   7.1    Deposits on Account                                                  $1,667,341.07

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

   8.1    Prepaid Insurance                                                    $1,146,578.76

   8.2    Prepaid Other                                                      $871,733.32

| | | |
|---|---|---|
| 9. | **Total of Part 2**<br>Add lines 7 through 8.  Copy the total to line 81. | **$3,685,653.15** |

**Part 3:**      **Accounts Receivable**

10.    **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                         **Current value of<br>debtor's interest**

11.    **Accounts receivable**

   11a. 90 days old or less:      $20,795,015.85    -      $0.00   =      $20,795,015.85
                             face amount                    doubtful or uncollectible accounts

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

| 11b. Over 90 days old: | $4,010,635.98 | - | $963,369.47 | = | $3,046,996.51 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$23,842,012.36**

## Part 4:        Investments

13.  **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14.  **Mutual funds of publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1   SFC Canada, Inc. | 100% | N/A | Undetermined |
| 15.2   Shoes for Crews APAC | 100% | N/A | Undetermined |
| 15.3   Sunrise Enterprises, LLC | 100% | N/A | Undetermined |
| 16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |
| 16.1   JP Morgan Certificate of Deposit *1986 | | Net Book Value | $262,500.00 |

17.  **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.                    **$262,500.00**

## Part 5:        Inventory, excluding agricultural assets

18.  **Does the debtor own any inventory (excluding agricultual assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw Materials** | | | | |
| 19.1 | Raw Materials | N/A | $352,337.53 | Net Book Value | $352,337.53 |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| 21.1 | Inventory, Net (including in-transit) | 12/31/23 | $36,230,770.18 | Net Book Value | $36,230,770.18 |
| **22.** | **Other inventory or supplies** | | | | |
| 22.1 | Other Inventory: Product Development Costs | N/A | $646,019.78 | Net Book Value | $646,019.78 |
| **23.** | **Total of Part 5**<br>Add lines 19 through 22. Copy the total to line 84. | | | | **$37,229,127.49** |

**24.  Is any of the property listed in Part 5 perishable?**

☑ No.
☐ Yes.

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☑ Yes.     Book Value $ 5,859,769.00     Valuation Method Net Book Value     Current Value $ 5,859,769.00

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor  Shoes For Crews, LLC                                         Case Number (if known) 24-10670

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.

    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

| 41.1 | Office Equipment, Net | $138,600.30 | Net Book Value | $138,600.30 |
| 41.2 | Computer Hardware/Software, Net | $10,643,025.35 | Net Book Value | $10,643,025.35 |

**42. Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                            **$10,781,625.65**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1  Vehicles, Net<br>See attached Exhibit AB47 | $226,179.63 | Net Book Value | $226,179.63 |

**48.  Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

Debtor  Shoes For Crews, LLC                                      Case Number (if known) 24-10670

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1 | Product Molds, Net | $2,079,589.27 | Net Book Value | $2,079,589.27 |
| 50.2 | Capital Lease Equipment, Net | $40,902.27 | Net Book Value | $40,902.27 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                              **$2,346,671.17**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 9:**     **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  Shoes For Crews, LLC                                           Case Number (if known) 24-10670

| 55.1 | Operating Lease, ROU Assets - Boca<br>5000 T-Rex Ave, Stes 100/200<br>Boca Raton, FL | Lease | $2,305,504.38 | Net Book Value | $2,305,504.38 |
|---|---|---|---|---|---|
| | **Description and location of property** | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.2 | Operating Lease, ROU Assets - Orlando<br>8031 Turkey Lake Rd, Ste 400<br>Orlando, FL | Lease | $92,408.73 | Net Book Value | $92,408.73 |
| | **Description and location of property** | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.3 | Operating Lease, ROU Assets - Las Vegas<br>3945 S Maryland Pkwy<br>Las Vegas, NV | Lease | $748,098.53 | Net Book Value | $748,098.53 |
| | **Description and location of property** | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.4 | Operating Lease, ROU Assets - Portland<br>7201 SW Nyberg Rd, Ste SM 4.2<br>Tualatin, OR 97062 | Lease | $70,510.80 | Net Book Value | $70,510.80 |
| | **Description and location of property** | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.5 | Corporate Apt<br>848 Broken Sound Pkwy NW, #102<br>Boca Raton, FL 33487-3676 | Lease | Undetermined | Net Book Value | Undetermined |
| | **Description and location of property** | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.6 | Leasehold Improvements, Net | Lease | $1,571,524.50 | Net Book Value | $1,571,524.50 |

56. **Total of Part 9.**                                                                                      **$4,788,046.94**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Debtor  Shoes For Crews, LLC                                          Case Number (if known) 24-10670

- ☑ No.
- ☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1  Trademarks: See attached Exhibit AB60 | $67,155,000.00 | Net Book Value | $67,155,000.00 |
| 60.2  Technology Patents, Net: See attached Exhibit AB60 | $28,644,731.00 | Net Book Value | $28,644,731.00 |
| 60.3  Patents and Trademarks: Future Holdings See attached Exhibit AB60 | Undetermined | Net Book Value | Undetermined |
| 61.  **Internet domain names and websites** | | | |
| 61.1  Internet Domain Names and Websites: See attached Exhibit AB61 | Undetermined | Net Book Value | Undetermined |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Customer Relationships, Net | $53,296,427.00 | Net Book Value | $53,296,427.00 |
| 63.2  Customer Relationships, Future Holdings | Undetermined | Net Book Value | Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

66. **Total of Part 10.**                                                      $149,096,158.00
Add lines 60 through 65.  Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☑ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☑ Yes.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                              **Current value of**
                                                                              **debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

                          _____   -   _____   =
                          Total face amount        Doubtful or uncollectible amount

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    72.1    Future NOLs and Refunds                         2023              Undetermined

73. **Interests in insurance policies or annuities**

    73.1    See attached Exhibit AB73                                         Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

    77.1    Intercompany Receivable - Shoes for Crews Canada            $3,189,817.69
            Distributions ULC

    77.2    Intercompany Receivable - Shoes for Crews (Europe)          $2,943,560.80
            Limited Company

    77.3    Intercompany Receivable - Shoes For Crews APAC, PTE.          $225,484.28
            LTD Co

    77.4    Intercompany Receivable - Sunrise Enterprises, LLC          $6,992,515.74

    77.5    Intercompany Receivable - SHO Holding I Corporation        $13,635,783.76

    77.6    Intercompany Receivable - SHO Holding II Corporation      $132,203,413.42

    77.7    Intercompany Receivable - Never Slip Holdings, Inc.        $70,765,781.04

    77.8    Other Current Assets                                        $1,147,853.68

    77.8    Trade Payable Credit - LSC Communications LLC                   $7,402.61

    77.9    Other Long Term Assets                                      $1,000,078.24

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

| | | |
|---|---|---|
| 77.9 | Trade Payable Credit - Nyberg CenterCal LLC | $3,014.53 |
| 77.10 | A/R Reclass | $91,793.92 |
| 77.10 | Trade Payable Credit - Mettel | $170.02 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$232,206,669.73** |
| | Add lines 71 through 77.  Copy the total to line 90. | |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

Debtor  Shoes For Crews, LLC                                    Case Number (if known) 24-10670

**Part 12:**    **Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.**    *Copy line 5, Part 1.* | $2,459,249.21 | |
| 81. **Deposits and prepayments.**    *Copy line 9, Part 2.* | $3,685,653.15 | |
| 82. **Accounts receivable.**    *Copy line 12, Part 3.* | $23,842,012.36 | |
| 83. **Investments.**    *Copy line 17, Part 4.* | $262,500.00 | |
| 84. **Inventory.**    *Copy line 23, Part 5.* | $37,229,127.49 | |
| 85. **Farming and fishing-related assets.**    *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,781,625.65 | |
| 87. **Machinery, equipment, and vehicles.**    *Copy line 51, Part 8.* | $2,346,671.17 | |
| 88. **Real Property.**    *Copy line 56, Part 9.* | | $4,788,046.94 |
| 89. **Intangibles and intellectual property.**    *Copy line 66, Part 10.* | $149,096,158.00 | |
| 90. **All other assets.**    *Copy line 78, Part 11.* | $232,206,669.73 | |

91. **Total.**  Add lines 80 through 90 for each column.    91a.  **$461,909,666.76**  **+**  91b.  **$4,788,046.94**

92. **Total of all property on Schedule A/B.**    Lines 91a + 91b = 92.............................................................................  **$466,697,713.70**

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 47

## AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, OR TITLED FARM VEHICLES

**Shoes for Crews, LLC**
**Case No. 24-10670**
**Schedule AB 47. Automobiles, vans, truck, motorcycles, trailer, or titled farm vehicles**

| General Description | VIN# | Purchase Cost |
|---|---|---|
| 2004 Intl 4x2 4300 Series 107 | 1HTMMAAM44H593515 | $59,000.00 |
| 2004 Intl 4x2 4300 Series 107 | 1HTMMAAM74H59596652 | $59,000.00 |
| 2011 Ford F550 | 1FDUF5GT5BEC64636 | $42,000.00 |
| 2006 Isuzu NPR | 4KLB4B1U86J800199 | $35,000.00 |
| 2015 INTL Truck 4300 Series | 3HAMMMML7FL678818 | $79,000.00 |
| 2015 INTL Truck 4300 Series | 1HTMMAAL1FH531029 | $79,000.00 |
| 2018 INTL Truck 4300 Series | 3HAMMMML9JL631993 | $50,800.00 |
| 2017 INTL Truck 4300 Series | 1HTMMMMM0HH637464 | $64,980.00 |
| 2018 INTL Truck 4300 Series | 3HAMMMMM3J546415 | $67,980.00 |
|  |  | **$536,760.00** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 60

PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE
SECRETS

Never Slip Holdings, Inc
Case No. 24-10663
SOAL AB60. Patents, copyrights, trademarks, or trade secrets

| Description | Design | Type | Number | Country of Registration | Date Issued | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| BOOT TREAD | | Patent | 000652045-0001 | Europe | 1/15/2007 | Undetermined | Net Book Value | Undetermined |
| BOOT TREAD | | Patent | 90006520450001 | United Kingdom | 1/15/2007 | Undetermined | Net Book Value | Undetermined |
| BOOT TREAD | | Patent | D632467 | United States | 2/15/2011 | Undetermined | Net Book Value | Undetermined |
| CLOG SHOE WITH AIR CUSHION | | Patent | D664748 | United States | 8/7/2012 | Undetermined | Net Book Value | Undetermined |
| FLOOR MAT TREAD | | Patent | D602725 | United States | 10/27/2009 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR | | Patent | IDD0000035350 | Indonesia | 1/22/2013 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR | | Patent | D677039 | United States | 3/5/2013 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR | | Patent | 0700475 | Korea | 7/2/2013 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR AND FOOTWEAR UPPER | | Patent | 002102632-0001 | Europe | 9/13/2012 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR AND FOOTWEAR UPPER | | Patent | 002102632-0002 | Europe | 9/13/2012 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR AND FOOTWEAR UPPER | | Patent | 90021026320001 | United Kingdom | 9/13/2012 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR AND FOOTWEAR UPPER | | Patent | 90021026320002 | United Kingdom | 9/13/2012 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TOP LINE | | Patent | D675408 | United States | 2/5/2013 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TOP LINE | | Patent | IDD0000035349 | Indonesia | 1/13/2014 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | IDD0000039571 | Indonesia | 4/29/2014 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | IDD0000039572 | Indonesia | 4/29/2014 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | D728913 | United States | 5/12/2015 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 201910938 | Australia | 5/3/2016 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 006264172-0001 | Europe | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 006264172-0002 | Europe | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 006264172-0003 | Europe | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 006264172-0004 | Europe | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 90062641720001 | United Kingdom | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 90062641720002 | United Kingdom | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 90062641720003 | United Kingdom | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 90062641720004 | United Kingdom | 2/21/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 201910935 | Australia | 5/3/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 201910937 | Australia | 5/3/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 201910939 | Australia | 5/6/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 1650227 | Japan | 12/20/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 1650228 | Japan | 12/20/2019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | ZL20190070774.5 | China | 3/24/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | ZL201930070787 | China | 3/27/2020 | Undetermined | Net Book Value | Undetermined |

Never Slip Holdings, Inc
Case No. 24-10663
SOAL AB60. Patents, copyrights, trademarks, or trade secrets

| Description | Design | Type | Number | Country of Registration | Date Issued | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| FOOTWEAR TREAD | | Patent | D881539 | United States | 4/21/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | D881542 | United States | 4/21/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | ZL201930070864.4 | China | 5/19/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | ZL201930070863.X | China | 6/26/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 31171 | Vietnam | 8/13/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 186,237 | Canada | 9/29/2020 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR TREAD | | Patent | 30-1038658 | Korea | 12/18/20019 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR UPPER | | Patent | D669664 | United States | 10/30/2012 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR UPPER | | Patent | 700460 | Korea | 7/2/2013 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR UPPER | | Patent | D691362 | United States | 10/15/2013 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR UPPER | | Patent | D699932 | United States | 2/25/2014 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR WITH SLIP RESISTANT SOLE | | Patent | 11,246,376 | United States | 2/15/2022 | Undetermined | Net Book Value | Undetermined |
| FOOTWEAR WITH SLIP RESISTANT SOLE | | Patent | PENDING: App. No. 19852924.0 | Europe | Pending | Undetermined | Net Book Value | Undetermined |
| HYDRODYNAMIC FLOOR MAT | | Patent | D666860 | United States | 9/11/2012 | Undetermined | Net Book Value | Undetermined |
| OUTSOLE TREAD PATTERN | | Patent | CN102450773A | China | 5/16/2012 | Undetermined | Net Book Value | Undetermined |
| OUTSOLE TREAD PATTERN | | Patent | 8322050 | United States | 12/4/2012 | Undetermined | Net Book Value | Undetermined |
| OUTSOLE TREAD PATTERN | | Patent | JP5965130 | Japan | 7/8/2016 | Undetermined | Net Book Value | Undetermined |
| OVERSHOE | | Patent | 165,558 | Canada | 8/30/2016 | Undetermined | Net Book Value | Undetermined |
| OVERSHOE | | Patent | 166,557 | Canada | 8/30/2016 | Undetermined | Net Book Value | Undetermined |
| OVERSHOE | | Patent | D767260 | United States | 9/27/2016 | Undetermined | Net Book Value | Undetermined |
| OVERSHOE | | Patent | IDD0000045124 | Indonesia | 12/6/2016 | Undetermined | Net Book Value | Undetermined |
| OVERSHOE | | Patent | D785913 | United States | 5/9/2017 | Undetermined | Net Book Value | Undetermined |
| OVERSHOE | | Patent | IDD0000045123 | Indonesia | 10/21/2019 | Undetermined | Net Book Value | Undetermined |
| SHOE CONSTRUCTION HAVING A ROCKER SHAPED BOTTOM AND INTEGRAL STABILIZER | | Patent | 8567094 | United States | 10/29/2013 | Undetermined | Net Book Value | Undetermined |
| SHOE CONSTRUCTION HAVING A ROCKER SHAPED BOTTOM AND INTEGRAL STABILIZER | | Patent | 8567094 | United States | 10/29/2013 | Undetermined | Net Book Value | Undetermined |
| SHOE SOLE GRID CLEANER | | Patent | 900347.4 | Hong Kong | 6/9/2009 | Undetermined | Net Book Value | Undetermined |
| SHOE SOLE GRID CLEANER | | Patent | D610762 | United States | 2/23/2010 | Undetermined | Net Book Value | Undetermined |
| SHOE TREAD | | Patent | D639539 | United States | 6/14/2011 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT EXPANSION OVERSHOE | | Patent | 11,369,161 | United States | 6/28/2022 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT EXPANSION OVERSHOE | | Patent | PENDING: App. No. 202080016891.3 | China | Pending | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT EXPANSION OVERSHOE | | Patent | PENDING: App. No. 3131089 | Canada | Pending | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT EXPANSION OVERSHOE | | Patent | PENDING: App. No. EP3930525A1 | Europe | Pending | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | 001007561-0001 | Europe | 9/23/2008 | Undetermined | Net Book Value | Undetermined |

Never Slip Holdings, Inc
Case No. 24-10663
SOAL AB60. Patents, copyrights, trademarks, or trade secrets

| Description | Design | Type | Number | Country of Registration | Date Issued | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| SLIP RESISTANT FLOOR MAT | | Patent | 001007561-0002 | Europe | 9/23/2008 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | 001007561-0003 | Europe | 9/23/2008 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | 90010075610001 | United Kingdom | 9/23/2008 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | 90010075610002 | United Kingdom | 9/23/2008 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | 90010075610003 | United Kingdom | 9/23/2008 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | D591096 | United States | 4/28/2009 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | D596889 | United States | 7/28/2009 | Undetermined | Net Book Value | Undetermined |
| SLIP RESISTANT FLOOR MAT | | Patent | D601842 | United States | 10/13/2009 | Undetermined | Net Book Value | Undetermined |
| SLIP-RESISTANT FLOOR MAT | | Patent | D611749 | United States | 3/16/2010 | Undetermined | Net Book Value | Undetermined |
| SLIP-RESISTANT OUTSOLE TREAD PATTERN | | Patent | 001094973-0001 | Europe | 2/25/2009 | Undetermined | Net Book Value | Undetermined |
| SLIP-RESISTANT OUTSOLE TREAD PATTERN | | Patent | 90010949730001 | United Kingdom | 2/25/2009 | Undetermined | Net Book Value | Undetermined |
| SLIP-RESISTANT OUTSOLE TREAD PATTERN | | Patent | D611691 | United States | 3/16/2010 | Undetermined | Net Book Value | Undetermined |
| Australian Trademark for CREWGUARD (Madrid) | CREWGUARD | Trademark | 1291217 | Australia | 12/29/2008 | Undetermined | Net Book Value | Undetermined |
| Australian Trademark for MIGHTY MAT! | MIGHTY MAT! | Trademark | 1284629 | Australia | 1/7/2009 | Undetermined | Net Book Value | Undetermined |
| Australian Trademark for MOZO (Madrid) | MOZO | Trademark | 1767367 | Australia | 3/31/2016 | Undetermined | Net Book Value | Undetermined |
| Australian Trademark for SFC (Madrid) | SFC | Trademark | 1283455 | Australia | 12/31/2008 | Undetermined | Net Book Value | Undetermined |
| Australian Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 792114 | Australia | 4/22/1999 | Undetermined | Net Book Value | Undetermined |
| Australian Trademark for SHOES FOR CREWS THE SHOE THAT GRIPS (Design) | | Trademark | 1591018 | Australia | 11/13/2013 | Undetermined | Net Book Value | Undetermined |
| Brazilian Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 901922803 | Brazil | 6/5/2012 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for CREWGUARD | CREWGUARD | Trademark | TMA780278 | Canada | 10/21/2010 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for LILA LIVE. LOVE. LILA (Design) | LiLa | Trademark | TMA953072 | Canada | 10/24/2016 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for LIVE. LOVE. LILA | LIVE. LOVE. LILA | Trademark | TMA953109 | Canada | 10/24/2016 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for MIGHTY MAT! | MIGHTY MAT! | Trademark | TMA792214 | Canada | 3/7/2011 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for MOZO | MOZO | Trademark | TMA902574 | Canada | 4/30/2015 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for SFC | SFC | Trademark | TMA780151 | Canada | 10/19/2010 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for SFC (Design) | SFC | Trademark | TMA780759 | Canada | 10/26/2010 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for SFC FROGGZ (Design) | | Trademark | TMA780760 | Canada | 10/26/2010 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | TMA780764 | Canada | 10/26/2010 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for STEP INTO WORK | STEP INTO WORK | Trademark | PENDING: App. No. 2247063 | Canada | Pending | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for THE SHOE THAT GRIPS | THE SHOE THAT GRIPS | Trademark | TMA780363 | Canada | 10/22/2010 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for TOPCREWS (Design) | TOPCREWS | Trademark | TMA873311 | Canada | 3/14/2014 | Undetermined | Net Book Value | Undetermined |
| Canadian Trademark for X-SOLE | X-SOLE | Trademark | TMA763729 | Canada | 4/9/2010 | Undetermined | Net Book Value | Undetermined |
| China Trademark for STEP INTO WORK | STEP INTO WORK | Trademark | PENDING: App. No. TMZC74131763BHTZ01 | China | Pending | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for CREWGUARD (Class 25) | CREWGUARD | Trademark | 6708798 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for CREWGUARD (Class 27) | CREWGUARD | Trademark | 6708797 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for CREWGUARD (Class 35) | CREWGUARD | Trademark | 6708796 | China | 10/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for CREWS (Chinese Characters) (Design) (Class 25) | | Trademark | 11845085 | China | 5/21/2014 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for FOR CREWS (Chinese Characters) | 团队 | Trademark | 6708806 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for FOR CREWS (Class 27) | FOR CREWS | Trademark | 6708809 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for KEUKA (Class 25) | KEUKA | Trademark | 14820882 | China | 9/7/2015 | Undetermined | Net Book Value | Undetermined |

Never Slip Holdings, Inc
Case No. 24-10663
SOAL AB60. Patents, copyrights, trademarks, or trade secrets

| Description | Design | Type | Number | Country of Registration | Date Issued | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| Chinese Trademark for KEUKA (Class 35) | KEUKA | Trademark | 14820883 | China | 9/7/2015 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for M MOZO (Design) (Class 18) | | Trademark | 9273099 | China | 2/7/2014 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for M MOZO (Design) (Class 25) | | Trademark | 9273100 | China | 2/7/2014 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for M MOZO (Design) (Class 35) | | Trademark | 9273101 | China | 4/21/2014 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for MOZO (Class 25) | MOZO | Trademark | 8443189 | China | 7/14/2011 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for S4C (Class 25) | S4C | Trademark | 10463230 | China | 3/28/2013 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SF CREWS (Class 25) | SF CREWS | Trademark | 10688895 | China | 5/28/2013 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SFC | SFC | Trademark | 6708802 | China | 9/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SHOES FOR CREWS (Chinese Characters) (Class 27) | 团队鞋 | Trademark | 6708812 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SHOES FOR CREWS (Class 25) | SHOES FOR CREWS | Trademark | 6708816 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SHOES FOR CREWS (Class 27) | SHOES FOR CREWS | Trademark | 6708815 | China | 8/7/2010 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SHOES FOR CREWS (Design) (Class 9) | | Trademark | 42156134 | China | 10/28/2020 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SHOES FOR CREWS (Design) (Madrid) | | Trademark | 1339481 | China | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SUREGRIP (Class 25) | SUREGRIP | Trademark | 14820885 | Chinea | 8/14/2017 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SUREGRIP (Class 35) | SUREGRIP | Trademark | 14820884 | China | 9/14/2015 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SUREGRIP (Design) (Class 25) | SUREGRIP | Trademark | 14820887 | China | 9/21/2016 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for SUREGRIP (Design) (Class 35) | SUREGRIP | Trademark | 14820886 | China | 5/21/2016 | Undetermined | Net Book Value | Undetermined |
| Chinese Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | China | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Cuban Trademark for MOZO (Madrid) | MOZO | Trademark | 1246782 | Cuba | 1/6/2015 | Undetermined | Net Book Value | Undetermined |
| Cuban Trademark for SFC (Design) | SFC | Trademark | 20151119 | Cuba | 7/10/2015 | Undetermined | Net Book Value | Undetermined |
| Cuban Trademark for SFC PRO (Design) | | Trademark | 2015-1117 | Cuba | 7/10/2015 | Undetermined | Net Book Value | Undetermined |
| Cuban Trademark for TOPCREWS (Design) | TOPCREWS | Trademark | 2015-1115 | Cuba | 7/10/2015 | Undetermined | Net Book Value | Undetermined |
| European Trademark for CREWGUARD (Madrid) | CREWGUARD | Trademark | 995013 | European Union | 12/29/2008 | Undetermined | Net Book Value | Undetermined |
| European Trademark for MIGHTY MAT! | MIGHTY MAT! | Trademark | 010104594 | European Union | 8/31/2011 | Undetermined | Net Book Value | Undetermined |
| European Trademark for MOZO (Flourish Design) | MOZO | Trademark | 012348157 | European Union | 5/8/2014 | Undetermined | Net Book Value | Undetermined |
| European Trademark for SFC FROGGZ (Design) | | Trademark | 006960983 | European Union | 1/8/2009 | Undetermined | Net Book Value | Undetermined |
| European Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 001452036 | European Union | 3/27/2001 | Undetermined | Net Book Value | Undetermined |
| European Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1339481 | European Union | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| European Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | European Union | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Europenan Trademark for SFC (Madrid) | SFC | Trademark | 989830 | European Union | 12/31/2008 | Undetermined | Net Book Value | Undetermined |
| Indian Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 1954292 | India | 4/21/2010 | Undetermined | Net Book Value | Undetermined |
| Indian Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | India | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Indonesian Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | IDM000262493 | Indonesia | 8/2/2010 | Undetermined | Net Book Value | Undetermined |
| Japan Trademark for MOZO (Madrid) | MOZO | Trademark | 1296384 | Japan | 3/31/2016 | Undetermined | Net Book Value | Undetermined |
| Japan Trademark for SFC FROGGZ (Design) (Madrid) | | Trademark | 990754 | Japan | 1/6/2009 | Undetermined | Net Book Value | Undetermined |
| Japanese Trademark for CREWGUARD (Madrid) | CREWGUARD | Trademark | 995013 | Japan | 12/29/2008 | Undetermined | Net Book Value | Undetermined |
| Japanese Trademark for MIGHTY MAT! | MIGHTY MAT! | Trademark | 5447780 | Japan | 11/4/2011 | Undetermined | Net Book Value | Undetermined |
| Japanese Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1339481 | Japan | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Japanese Trademark for SHOES FOR CREWS (Madrid) | SHOES FOR CREWS | Trademark | 993855 | Japan | 1/19/2009 | Undetermined | Net Book Value | Undetermined |
| Japanese Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | Japan | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Korean Trademark for CREWGUARD (Madrid) | CREWGUARD | Trademark | 995013 | Korea | 12/29/2008 | Undetermined | Net Book Value | Undetermined |
| Korean Trademark for SFC | SFC | Trademark | 912533 | Korea | 3/27/2012 | Undetermined | Net Book Value | Undetermined |
| Korean Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1339481 | Korea | 12/23/2016 | Undetermined | Net Book Value | Undetermined |

Never Slip Holdings, Inc
Case No. 24-10663
SOAL AB60. Patents, copyrights, trademarks, or trade secrets

| Description | Design | Type | Number | Country of Registration | Date Issued | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| Korean Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | Korea | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Macao Trademark for SFC and Design | SFC | Trademark | N/50287 | Macao | 10/25/2010 | Undetermined | Net Book Value | Undetermined |
| Macao Trademark for SHOES FOR CREWS (Design) | | Trademark | N/50288 | Macao | 10/25/2010 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for CREWGUARD | CREWGUARD | Trademark | 995013 | Spain | 12/29/2008 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for MOZO | MOZO | Trademark | 1246782 | Spain | 1/6/2015 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for MOZO | MOZO | Trademark | 1296384 | Spain | 3/31/2016 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for SFC | SFC | Trademark | 989830 | Madria | 12/31/2008 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for SFC FROGGZ (Design) | | Trademark | 990754 | Spain | 1/6/2009 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for SFC FROGGZ (Design) (Madrid) | | Trademark | 1284653 | Spain | 1/6/2009 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 993855 | Spain | 1/19/2009 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for SHOES FOR CREWS (Design) | SHOES FOR CREWS | Trademark | 1339481 | Spain | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Madrid Trademark for Tread Design (Design) | | Trademark | 1343442 | Madria | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Malaysian Trademark for SHOES FOR CREWS (Design) | | Trademark | 2013053938 | Malaysia | 4/24/2013 | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for MOZO | MOZO | Trademark | 2310816 | Mexico | 10/14/2021 | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 1354937 | Mexico | 3/15/2013 | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for SHOES FOR CREWS (Tread Design) (Class 09) | SHOES FOR CREWS | Trademark | 2142181 | Mexico | 9/18/2020 | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for SHOES FOR CREWS (Tread Design) (Class 25) | SHOES FOR CREWS | Trademark | 2142182 | Mexico | 9/18/2020 | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for SHOES FOR CREWS (Tread Design) (Class 35) | SHOES FOR CREWS | Trademark | 2142184 | Mexico | 9/18/2020 | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for STEP INTO WORK | STEP INTO WORK | Trademark | PENDING: App. No. 3020643 | Mexico | Pending | Undetermined | Net Book Value | Undetermined |
| Mexico Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | Mexico | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| New Zealand Trademark for CrewGuard and CREWGUARD (Series of 2) | CREWGUARD | Trademark | 802176 | New Zealand | 2/5/2009 | Undetermined | Net Book Value | Undetermined |
| New Zealand Trademark for SFC (Design) | SFC | Trademark | 802177 | New Zealand | 2/5/2009 | Undetermined | Net Book Value | Undetermined |
| New Zealand Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 308774 | New Zealand | 5/12/2000 | Undetermined | Net Book Value | Undetermined |
| New Zealand Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1064587 | New Zealand | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| New Zealand Trademark for Tread Design (Design) (Madrid) | | Trademark | 1066515 | New Zealand | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Philippines Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | 4-2009-01261 | Philippines | 10/9/2009 | Undetermined | Net Book Value | Undetermined |
| Philippines Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1339481 | Philippines | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Philippines Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | Philippines | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Russian Federation Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1339481 | Russia | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Russian Federation Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | Russia | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Singapore Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 40201706738S | Singapore | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Singapore Trademark for Tread Design (Design) (Madrid) | | Trademark | 40201706878W | Singapore | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| South African Trademark for LILA LIVE. LOVE. LILA (Design) | Lila | Trademark | 201423004 | South Africa | 8/28/2014 | Undetermined | Net Book Value | Undetermined |
| South African Trademark for LIVE. LOVE. LILA | LIVE. LOVE. LILA | Trademark | 201423003 | South Africa | 8/28/2014 | Undetermined | Net Book Value | Undetermined |
| Thailand Trademark for CREWGUARD | CREWGUARD | Trademark | Kor324301 | Thailand | 6/16/2009 | Undetermined | Net Book Value | Undetermined |
| Thailand Trademark for MIGHTY MAT! | MIGHTY MAT! | Trademark | Kor323128 | Thailand | 6/16/2009 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for CREWGUARD | CREWGUARD | Trademark | UK00800995013 | United Kingdom | 4/12/2010 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for MIGHTY MAT! | MIGHTY MAT! | Trademark | UK00910104594 | United Kingdom | 8/31/2011 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for MOZO (Flourish Design) | MOZO | Trademark | UK00912348157 | United Kingdom | 5/8/2014 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for SFC | SFC | Trademark | UK0800989830 | United Kingdom | 12/14/2009 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for SFC FROGGZ (Design) | | Trademark | UK00906960983 | United Kingdom | 1/8/2009 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for SHOES FOR CREWS | SHOES FOR CREWS | Trademark | UK00901452036 | United Kingdom | 3/27/2001 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for SHOES FOR CREWS (Tread Design) | SHOES FOR CREWS | Trademark | UK00801339481 | United Kingdom | 9/19/2017 | Undetermined | Net Book Value | Undetermined |
| UK Trademark for Tread Design (Design) | | Trademark | UK00801343442 | United Kingdom | 10/24/2017 | Undetermined | Net Book Value | Undetermined |

Never Slip Holdings, Inc
Case No. 24-10663
SOAL AB60. Patents, copyrights, trademarks, or trade secrets

| Description | Design | Type | Number | Country of Registration | Date Issued | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| US Trademark for SHOES FOR CREWS (Class 25) | SHOES FOR CREWS | Trademark | 3666305 | United States | 8/11/2009 | Undetermined | Net Book Value | Undetermined |
| US Trademark for 4-SEASON GRIP | 4-SEASON GRIP | Trademark | | United States | | Undetermined | Net Book Value | Undetermined |
| US Trademark for 4SG | 4SG | Trademark | | United States | | Undetermined | Net Book Value | Undetermined |
| US Trademark for ACE | ACE | Trademark | 4359245 | United States | 6/25/2013 | Undetermined | Net Book Value | Undetermined |
| US Trademark for ACE ARROW | ACE ARROW | Trademark | 7001456 | United States | 3/14/2023 | Undetermined | Net Book Value | Undetermined |
| US Trademark for ACE WORK BOOTS (Design) | | Trademark | 4366039 | United States | 7/9/2013 | Undetermined | Net Book Value | Undetermined |
| US Trademark for ARROW (Design) | ARROW | Trademark | PENDING: App. No. 90724461 | United States | Pending | Undetermined | Net Book Value | Undetermined |
| US Trademark for CREWGUARD | CREWGUARD | Trademark | 2646817 | United States | 11/5/2002 | Undetermined | Net Book Value | Undetermined |
| US Trademark for EVERLIGHT | EVERLIGHT | Trademark | PENDING: App. No. 90668255 | United States | Pending | Undetermined | Net Book Value | Undetermined |
| US Trademark for FAST LANE EXCHANGE | FAST LANE EXCHANGE | Trademark | 4815719 | United States | 9/22/2015 | Undetermined | Net Book Value | Undetermined |
| US Trademark for FLEX TREAD | FLEX TREAD | Trademark | 5482932 | United States | 5/29/2018 | Undetermined | Net Book Value | Undetermined |
| US Trademark for HOVER LTE (stylized) | HOVER LTE | Trademark | 5970098 | United States | 1/28/2020 | Undetermined | Net Book Value | Undetermined |
| US Trademark for HOVERLITE | HOVERLITE | Trademark | 5791299 | United States | 7/2/2019 | Undetermined | Net Book Value | Undetermined |
| US Trademark for Knives Design (MOZO Design) | | Trademark | 6091034 | United States | 6/30/2020 | Undetermined | Net Book Value | Undetermined |
| US Trademark for LILA (Design) | Lila | Trademark | 5148740 | United States | 2/28/2017 | Undetermined | Net Book Value | Undetermined |
| US Trademark for LIVE.LOVE.LILA | LIVE. LOVE. LILA | Trademark | 4645576 | United States | 11/25/2014 | Undetermined | Net Book Value | Undetermined |
| US Trademark for M (MOZO Nautical Design) | M | Trademark | 6258092 | United States | 1/26/2021 | Undetermined | Net Book Value | Undetermined |
| US Trademark for MOZO (Class 25) | MOZO | Trademark | 3629939 | United States | 6/2/2009 | Undetermined | Net Book Value | Undetermined |
| US Trademark for MOZO (Class 25) | MOZO | Trademark | 5381249 | United States | 1/16/2018 | Undetermined | Net Book Value | Undetermined |
| US Trademark for SFC | SFC | Trademark | 3440319 | United States | 6/3/2008 | Undetermined | Net Book Value | Undetermined |
| US Trademark for SFC and Design | SFC | Trademark | 3592701 | United States | 3/17/2009 | Undetermined | Net Book Value | Undetermined |
| US Trademark for SFC FROGGZ | SFC FROGGZ | Trademark | 3304683 | United States | 10/2/2007 | Undetermined | Net Book Value | Undetermined |
| US Trademark for SHOES FOR CREWS (Class 42) | SHOES FOR CREWS | Trademark | 1834116 | United States | 5/3/1994 | Undetermined | Net Book Value | Undetermined |
| US Trademark for SHOES FOR CREWS (Design) | SHOES FOR CREWS | Trademark | 5242770 | United States | 7/11/2017 | Undetermined | Net Book Value | Undetermined |
| US Trademark for SPILL GUARD | SPILL GUARD | Trademark | 5528145 | United States | 7/31/2018 | Undetermined | Net Book Value | Undetermined |
| US Trademark for STEP INTO WORK | STEP INTO WORK | Trademark | PENDING: App. No. 97837833 | United States | Pending | Undetermined | Net Book Value | Undetermined |
| US Trademark for SUREGRIP | SUREGRIP | Trademark | 3175006 | United States | 11/21/2006 | Undetermined | Net Book Value | Undetermined |
| US Trademark for THE SHOE THAT GRIPS | THE SHOE THAT GRIPS | Trademark | 3551443 | United States | 12/23/2008 | Undetermined | Net Book Value | Undetermined |
| US Trademark for Tread Design | | Trademark | 5242771 | United States | 7/11/2017 | Undetermined | Net Book Value | Undetermined |
| US Trademark for TRIPGUARD | TRIPGUARD | Trademark | 5528146 | United States | 7/31/2018 | Undetermined | Net Book Value | Undetermined |
| US Trademark for ZONE TRACTION | ZONE TRACTION | Trademark | 5528147 | United States | 7/31/2018 | Undetermined | Net Book Value | Undetermined |
| Viet Nam Trademark for SHOES FOR CREWS (Design) (Madrid) | SHOES FOR CREWS | Trademark | 1339481 | Vietnam | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Viet Nam Trademark for Tread Design (Design) (Madrid) | | Trademark | 1343442 | Vietnam | 12/23/2016 | Undetermined | Net Book Value | Undetermined |
| Total | | | | | | Undetermined | Net Book Value | Undetermined |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 61

INTERNET DOMAIN NAMES AND WEBSITES

**Never Slip Holdings, Inc**
**Case No. 24-10663**
**SOAL AB61. Internet domain names and websites**

| Description | Registrar | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 1877noslips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceboots.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkboot.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-boot.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkboot.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-boot.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkboot.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-boot.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkboots.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-boots.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-boots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkboots.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-boots.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkshoe.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkshoe.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkshoe.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkshoes.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-shoes.ca | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-shoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| aceworkshoes.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| ace-work-shoes.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| allchefclogs.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| allsafetyshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| allworkboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| allworkshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| apparelforwork.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| bootsforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| casualworkshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| cloggz.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| clogsdirect.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| clogzz.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| crewguard.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| crewsgrip.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| crewsgrip.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| crewsgrips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| crewsgrips.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| crewsoutlet.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| e-sfc.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| factoryworkshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| gladiatoroutsole.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| gladiatorsoles.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| gladiatortraction.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| glovesforwork.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| hatsforwork.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| hoesforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| industrialsafetyboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| keukacafe.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| keukafootwear.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| kitchenclogs.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| kitchenshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| lilafootwear.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| lilashoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| mightymat.com | Network Solutions | Undetermined | Net Book Value | Undetermined |

**Never Slip Holdings, Inc**
**Case No. 24-10663**
**SOAL AB61. Internet domain names and websites**

| Description | Registrar | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| mightymats.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| MOZO.NZ | 101Domain | Undetermined | Net Book Value | Undetermined |
| mozo.shoes | Network Solutions | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.AT | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.BE | 101Domain | Undetermined | Net Book Value | Undetermined |
| mozoshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.DE | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.DK | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.EU | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.EU.COM | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.FI | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.FR | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.GR | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.HU | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.IT | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.NL | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.NO | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.NZ | 101Domain | Undetermined | Net Book Value | Undetermined |
| MOZOSHOES.UK | 101Domain | Undetermined | Net Book Value | Undetermined |
| nonslip-shoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| noslipin.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| noslipkit.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| noslipn.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| noslippin.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| noslipzone.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| noslipzones.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| restaurantsafetyshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| s4crews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| safetysteeltoeboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| safetysteeltoeshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| safetyworkboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| safetyworkshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfc.cn.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfccanada.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfccoupons.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfceurope.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcfamilyfund.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcfootwear.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcgrips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcnext.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcoutlet.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcppe.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcpro.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcsafety.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcsafetyproducts.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcsafetysolutons.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcstore.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfctogo.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sfcvip.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sh0esforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shirtsforwork.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| sho3sforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoe4crew.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoe4crews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoeforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |

**Never Slip Holdings, Inc**
**Case No. 24-10663**
**SOAL AB61. Internet domain names and websites**

| Description | Registrar | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| shoeforcruz.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesf0rcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesfarcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforceew.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforceews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcr3ws.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcraws.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrees.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcresw.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrew.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.AE | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.at | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.biz | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.br.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.ca | Internic.ca | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.cn.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.co | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.CO.AT | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.CO.ID | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.CO.IL | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.co.in | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.co.nz | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.BR | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com.cn | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com.co | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com.es | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.HK | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com.mx | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.MY | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.PR | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.PT | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.SG | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.com.tw | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.COM.VN | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.de.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.DK | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.ES | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.eu.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.FI | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.HK | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.in | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.info | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.IT | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.JP | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.jpn.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.mobi | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.MY | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.net.cn | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.NZ | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.org | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.org.cn | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.PH | 101Domain | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.PT | 101Domain | Undetermined | Net Book Value | Undetermined |

**Never Slip Holdings, Inc**
**Case No. 24-10663**
**SOAL AB61. Internet domain names and websites**

| Description | Registrar | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| shoesforcrews.ru.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.SG | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.tv | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.tw | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.us | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.us.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| SHOESFORCREWS.VN | 101Domain | Undetermined | Net Book Value | Undetermined |
| shoesforcrews.za.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsamerica.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsargentina.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsasia.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsaustralia.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsbrands.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsbrazil.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewscanada.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewschina.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewscoupon.org | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewscoupons.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewscuba.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsecuador.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewseurope.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsindia.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsjapan.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsmacau.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsmalaysia.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsmexico.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsnewzealand.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsphilippines.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsreviews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsreviews.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsrussia.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewss.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewssingapore.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewssouthkorea.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewssucks.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewstaiwan.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsthailand.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsuae.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsunitedarabemirates.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsunitedstates.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsus.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsusa.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrewsvietnam.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcrue.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforcruise.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforecrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforkrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforkruise.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesforwork.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesfourcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesfrcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesphorcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesthatgrip.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoesthatgrips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoethatgrip.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| shoethatgrips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |

**Never Slip Holdings, Inc**
**Case No. 24-10663**
**SOAL AB61. Internet domain names and websites**

| Description | Registrar | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| shooseforcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| skidless.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| slipdefender.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| slip-defender.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| slipresistantboots.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| slipresistantfootwear.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| slipresistantshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| slipzones.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| stayfitshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| suregripfootware.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| suregripfootwear.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| suregripshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| theshoesthatgrips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| theshoethatgrips.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| topcrew.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| topcrews.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| topcrews.net | Network Solutions | Undetermined | Net Book Value | Undetermined |
| topcrewsshoes.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| willitgrip.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| x-sole.com | Network Solutions | Undetermined | Net Book Value | Undetermined |
| **Total** | | **Undetermined** | **Net Book Value** | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Never Slip Holdings, Inc., et al.**
**Case No. 24-10663**
**Schedule AB 73. Interests in insurance policies or annuities**

| Insurance Carrier | Type of Coverage | Policy Start Date | Policy End Date | Policy Number | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| Atlantic Specialty Insurance Co | Atlantic Specialty Insurance company - US customs Bond | 9/5/2023 | 9/5/2024 | 800137606 | Undetermined |
| AXIS Insurance Co | Combined Specialty Insurance | 3/31/2023 | 3/31/2024 | P00100008131604 | Undetermined |
| Federal Insurance Co | Executive Risk Primary | 3/29/2023 | 3/15/2024 | 82512135 | Undetermined |
| Allianz Global Risk US Insurance Co | Directors & Officers Excess Side A DIC | 3/31/2023 | 3/15/2024 | USF01069023 | Undetermined |
| ACE American Insurance Co | Directors & Officers Excess | 3/15/2023 | 3/15/2024 | G46879338006 | Undetermined |
| Federal Insurance Co | Chubb - Commercial Package Policy | 10/1/2024 | 12/31/2024 | 35847376 | Undetermined |
| Vigilant Ins Co | Chubb - Workers Compensation | 10/1/2024 | 12/31/2024 | 2471636332 | Undetermined |
| Federal Insurance Co | Chubb - Umbrella Liability | 10/1/2024 | 12/31/2024 | 79849713 | Undetermined |
| Federal Insurance Co | Chubb - Business Auto Coverage | 10/1/2024 | 12/31/2024 | 73544120 | Undetermined |
| Lloyd's Syndicate No.2623 | Beazley - Cyber Liability | 12/15/2023 | 12/15/2024 | W18FB9230901 | Undetermined |
| Lloyd's Syndicate No.5381 | AGCS Marine Insurance Company - Cargo Stock Throughput | 12/15/2023 | 12/14/2024 | MACAR2301893 | Undetermined |
| Lloyd's Syndicate No.4141 | Excess Stock Throughput-Cargo | 12/15/2023 | 12/14/2024 | MACAR2301957 | Undetermined |
| The Insurance Co of the State of PA | Ins Co of the state PA - Commercial Package Policy-Foreign | 12/15/2023 | 12/15/2024 | WR10007215 | Undetermined |
| Federal Insurance Co | Executive Risk Primary | 3/15/2024 | 3/31/2025 | J06495783 | Undetermined |
| ACE American Insurance Co | Directors & Officers Excess | 3/31/2024 | 3/31/2025 | G46879338007 | Undetermined |
| Allianz Global Risk US Insurance Co | Directors & Officers Excess Side A DIC | 3/31/2024 | 3/31/2025 | USF01069024 | Undetermined |
| AXIS Insurance Co | Combined Specialty Insurance | 3/31/2024 | 3/31/2025 | P00100008131605 | Undetermined |
| ACE American Insurance Co | New - Directors & Officers Excess | 3/31/2024 | 3/31/2025 | G46879338007 | Undetermined |
| Allianz Global Risk US Insurance Co | Directors & Officers Excess Side A DIC | 3/31/2024 | 3/31/2025 | USF01069024 | Undetermined |
| AXIS Insurance Co | Renewal - Combined Specialty Insurance | 3/31/2024 | 3/31/2025 | P00100008131605 | Undetermined |
| | | | | **Total** | **Undetermined** |

| Debtor Name | **Shoes For Crews, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):        **24-10670**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name

ANTARES CAPITAL, LP

Creditor's mailing address

AS ADMINISTRATIVE & COLLATERAL AGENT
500 W MONROE ST
CHICAGO, IL 60661

Creditor's email address, if known

Date debt was incurred   October 27, 2015

Last four digits of
account number

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

SUBSTANTIALLY ALL ASSETS

Describe the lien

First Lien Credit Facility

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☐ Contingent

☐ Unliquidated

☐ Disputed

**$283,032,000.00**          **$283,032,000.00**

**2.2**

Creditor's name

ANTARES CAPITAL, LP

Creditor's mailing address

AS ADMINISTRATIVE & COLLATERAL AGENT
500 W MONROE ST
CHICAGO, IL 60661

Creditor's email address, if known

Date debt was incurred   October 31, 2019

Last four digits of
account number

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

SUBSTANTIALLY ALL ASSETS

Describe the lien

Sidecar Credit Facility (pari passu with First Lien

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☐ Contingent

☐ Unliquidated

☐ Disputed

**$20,661,000.00**          **$20,661,000.00**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $459,240,497.51

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.3**

**Creditor's name**
ARES CAPITAL CORP

**Creditor's mailing address**
AS ADMINISTRATIVE & COLLATERAL AGENT
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60605

**Creditor's email address, if known**

**Date debt was incurred**  October 27, 2015

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

- [x] Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS

**Describe the lien**
Second Lien Credit Facility

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$147,292,000.00    $147,292,000.00

---

**2.4**

**Creditor's name**
THE CIT GROUP/COMMERCIAL SERVICES, INC

**Creditor's mailing address**
201 S TRYON ST, 7TH FL
CHARLOTTE, NC 28202

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.

- [ ] Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
NON-NOTIFICATION FACTORING AGREEMENT

**Describe the lien**
Factoring Agreement

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$8,255,497.51    $8,255,497.51

---

| | |
|---|---|
| Debtor Name | **Shoes For Crews, LLC** |

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):    **24-10670**

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**    If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | Undetermined | Undetermined |

**2.1**

Priority creditor's name and mailing address

**ACADIA PARISH ASSESSOR
500 NE COURT CIR, STE 213
CROWLEY, LA 70526**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.2**

Priority creditor's name and mailing address

**ACADIA PARISH, LA
ATTN: SALES & USE TAX DEPT
P.O. DRAWER 309
CROWLEY, LA 70527-0309**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**AGUA CALIENTE TRIBE, CA
ATTN: TAX DEPT
5401 DINAH SHORE DR
PALM SPRINGS, CA 92264**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

| | | Undetermined | Undetermined |

**2.4** | **Priority creditor's name and mailing address**

ALLEN PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPT
111 W 7TH AVE
P.O. DRAWER 190
OBERLIN, LA 70655

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

| | | Undetermined | Undetermined |

**2.5** | **Priority creditor's name and mailing address**

ALLEN PARISH TAX ASSESSOR'S
400 W 6TH AVE
OBERLIN, LA 70655

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

| | | Undetermined | Undetermined |

**2.6** | **Priority creditor's name and mailing address**

ASCENSION PARISH ASSESSOR'S OFFICE
P.O. BOX 544
DONALDSONVILLE, LA 70346

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

| | | Undetermined | Undetermined |

**2.7** | **Priority creditor's name and mailing address**

ASCENSION PARISH SALES & USE TAX AUTHORITY
P.O. BOX 1718
GONZALES, LA 70707

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

| | | Undetermined | Undetermined |

**2.8** Priority creditor's name and mailing address
ASSUMPTION PARISH ASSESSOR
P.O. BOX 576
4809 HWY 1
NAPOLEONVILLE, LA 70390

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |

**2.9** Priority creditor's name and mailing address
ASSUMPTION PARISH SALES & USE TAX DEPT
P.O. DRAWER 920
NAPOLEONVILLE, LA 70390

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |

**2.10** Priority creditor's name and mailing address
AVOYELLES PARISH ASSESSOR
312 N MAIN ST
MARKSVILLE, LA 71351

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |

**2.11** Priority creditor's name and mailing address
AVOYELLES PARISH SALES & USE TAX DEPT
221 TUNICA DR W
MARKSVILLE, LA 71351

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.12** Priority creditor's name and mailing address
BALDWIN COUNTY REVENUE COMMISSION
1705 US HWY 31 S
BAY MINETTE, AL 36507

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Undetermined   Undetermined

**2.13** Priority creditor's name and mailing address
BIENVILLE PARISH
SALES & USE TAX COMMISSION
P.O. BOX 746
ARCADIA, LA 71001

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Undetermined   Undetermined

**2.14** Priority creditor's name and mailing address
BOONE COUNTY
PROPERTY VALUATION ADMINISTRATOR
P.O. BOX 388
BURLINGTON, KY 41005

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Undetermined   Undetermined

**2.15** Priority creditor's name and mailing address
BOSSIER CITY-PARISH SALES & USE TAX DIV
P.O. BOX 71313
BOSSIER CITY, LA 71171-1313

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

| | | 2nd Entered | Undetermined |

**2.16** Priority creditor's name and mailing address
BOSSIER PARISH TAX ASSESSOR
P.O. BOX 325
BENTON, LA 71006

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |

**2.17** Priority creditor's name and mailing address
CA FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0531

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |

**2.18** Priority creditor's name and mailing address
CALCASIEU PARISH ASSESSOR
P.O. BOX 1346
LAKE CHARLES, LA 70602-1346

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |

**2.19** Priority creditor's name and mailing address
CALCASIEU PARISH SALES & USE TAX DEPT
P.O. DRAWER 2050
LAKE CHARLES, LA 70602-2050

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

|  | Undetermined | Undetermined |

**2.20** **Priority creditor's name and mailing address**
CALIFORNIA SALES AUDIT

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PENDING AUDIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

|  | Undetermined | Undetermined |

**2.21** **Priority creditor's name and mailing address**
CANADA REVENUE AGENCY
TAX CENTRE
9755 KING GEORGE HWY
SURREY, BC V3T 5E6
CANADA

**As of the petition filing date, the claim is:**

[ ] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

|  | Undetermined | Undetermined |

**2.22** **Priority creditor's name and mailing address**
CITY OF ANAHEIM FINANCE DEPT
200 S ANAHEIM BLVD, 6TH FL
ANAHEIM, CA 92805

**As of the petition filing date, the claim is:**

[ ] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

|  | Undetermined | Undetermined |

**2.23** **Priority creditor's name and mailing address**
CITY OF APACHE JUNCTION
TAX & LICENSING DIV
300 E SUPERSTITION BLVD
APACHE, AZ 85119

**As of the petition filing date, the claim is:**

[ ] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**2.24**

Priority creditor's name and mailing address
CITY OF BOCA RATON
ATTN: BUSINESS TAX AUTHORITY
200 NW 2ND AVE
BOCA RATON, FL 33432

Amount of claim            Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
CITY OF CINCINNATI, OH
ATTN: INCOME TAX BUREAU
805 CENTRAL AVE, UNIT 600
CINCINNATI, OH 45202

Undetermined            Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
CITY OF COLUMBIA
1136 WASHINGTON ST
COLUMBIA, SC 29201

Undetermined            Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.27**

Priority creditor's name and mailing address
CITY OF DONNELLY, ID
ATTN: CITY CLERK/TREASURER
P.O. BOX 725
DONNELLY, ID 83615

Undetermined            Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
TAXES PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

---

| | Undetermined | Undetermined |
|---|---|---|

**2.28**

**Priority creditor's name and mailing address**
CITY OF DRIGGS, ID
ATTN: CITY CLERK
60 S MAIN ST
P.O. BOX 48
DRIGGS, ID 83422

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.29**

**Priority creditor's name and mailing address**
CITY OF LAS VEGAS
495 S MAIN ST
LAS VEGAS, NV 89101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.30**

**Priority creditor's name and mailing address**
CITY OF LAVA HOT SPRINGS, ID
ATTN: TREASURER
P.O. BOX 187
115 W ELM ST
LAVA HOT SPRINGS, ID 83246

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.31**

**Priority creditor's name and mailing address**
CITY OF MONROE, LA
ATTN: TAX & REVENUE DIV
CITY HALL ANNEX BLDG
316 BREARD ST
MONROE, LA 71201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | Undetermined | Undetermined |
|---|---|---|

**2.32**

**Priority creditor's name and mailing address**

CITY OF MONROE, LA
ATTN: TAX & REVENUE DIV
P.O. BOX 123
MONROE, LA 71210-0123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| | Undetermined | Undetermined |
|---|---|---|

**2.33**

**Priority creditor's name and mailing address**

CITY OF PHILADELPHIA
DEPT OF REVENUE
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| | Undetermined | Undetermined |
|---|---|---|

**2.34**

**Priority creditor's name and mailing address**

CITY OF SHREVEPORT
ATTN: REVENUE DIV
P.O. BOX 30040
SHREVEPORT, LA 71130

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| | Undetermined | Undetermined |
|---|---|---|

**2.35**

**Priority creditor's name and mailing address**

CITY OF TUALATIN, OR
ATTN: DEPT OF FINANCE
18880 SW MARTINAZZI AVE
TUALATIN, OR 97062

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.36**

**Priority creditor's name and mailing address**
CITY OF TUCSON, ARIZONA
ATTN: BUSINESS SVCS DEPT
255 W ALAMEDA ST
TUCSON, AZ 85701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.37**

**Priority creditor's name and mailing address**
CLARK COUNTY BUSINESS LICENSE
500 S GRAND CENTRAL PKWY, 3RD FL
LAS VEGAS, NV 89155

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.38**

**Priority creditor's name and mailing address**
COLORADO DEPT OF REVENUE
1881 PIERCE ST
LAKEWOOD, CO 80214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.39**

**Priority creditor's name and mailing address**
COMMONWEALTH OF KENTUCKY
ATTN: MICHAEL G ADAMS
P.O. BOX 1150
FRANKFORT, KY 40602-1150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | | Undetermined | Undetermined |
|---|---|---|---|---|

**2.40**

**Priority creditor's name and mailing address**
CONCORDIA PARISH
ATTN: SALES TAX DIV/REVENUE DIV
P.O. BOX 160
VIDALIA, LA 71373

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

**2.41**

**Priority creditor's name and mailing address**
COUNTY OF ORANGE, CA
ATTN: TREASURER-TAX COLLECTOR, BANKRUPTCY UNIT
P.O. BOX 4515
SANTA ANA, CA 92702-4515

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

**2.42**

**Priority creditor's name and mailing address**
DELAWARE DIVISION OF CORPORATION
P.O. BOX 898
DOVER, DE 19903

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

**2.43**

**Priority creditor's name and mailing address**
DELAWARE DIVISION OF REVENUE
P.O. BOX 2340
WILMINGTON, DE 19899-2340

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.44**

**Priority creditor's name and mailing address**

DENVER DEPT OF FINANCE
ATTN: TREASURY DIV, AUDIT/BANKRUPTCIES
201 W COLFAX AVE
DENVER, CO 80202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.45**

**Priority creditor's name and mailing address**

DESOTO PARISH ASSESSOR
212 ADAMS ST
MANSFIELD, LA 71052

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.46**

**Priority creditor's name and mailing address**

DESOTO PARISH SALES & USE TAX COMMISSION
P.O. BOX 927
MANSFIELD, LA 71052

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.47**

**Priority creditor's name and mailing address**

EAST BATON ROUGE PARISH
C/O BATON ROUGE DEPT OF FINANCE
222 ST LOUIS ST, RM 404
BATON ROUGE, LA 70802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.48**

**Priority creditor's name and mailing address**
EAST BATON ROUGE PARISH ASSESSOR
222 ST LOUIS ST, RM 126
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.49**

**Priority creditor's name and mailing address**
EAST CARROLL PARISH, LA
ATTN: SALES & USE TAX DEPT
P.O. BOX 130
VIDALIA, LA 71373

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.50**

**Priority creditor's name and mailing address**
EVANGELINE PARISH, LA
ATTN: SECRETARY-TREASURER, DIRK DEVILLE
1008 W LA SALLE ST
VILLE PLATTE, LA 70586

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.51**

**Priority creditor's name and mailing address**
FEDERAL GOVT SAM.GOV
C/O GENERAL SERVICES ADMINISTRATION
1800 F ST NW
WASHINGTON, DC 20405

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| 2.52 | Priority creditor's name and mailing address | | Undetermined | Undetermined |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

FLORIDA DEPT OF REVENUE
ATTN: GENERAL COUNSEL
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.53 | | | Undetermined | Undetermined |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

GILA RIVER INDIAN COMMUNITY
OFFICE OF THE TREASURER
P.O. BOX 2160
SACATON, AZ 85147

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.54 | | | Undetermined | Undetermined |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HAWAII DEPT OF TAXATION
830 PUNCHBOWL ST
HONOLULU, HI 96813-5094

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.55 | | | Undetermined | Undetermined |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HONG KONG INLAND REVENUE DEPT
G.P.O. BOX 132
HONG KONG

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Undetermined                    Undetermined

**2.56** | **Priority creditor's name and mailing address**

IBERVILLE PARISH DEPT OF FINANCE
P.O. BOX 324
PLAQUEMINE, LA 70765

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Undetermined                    Undetermined

**2.57** | **Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISSION
P.O. BOX 36
BOISE, ID 83722-0410

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Undetermined                    Undetermined

**2.58** | **Priority creditor's name and mailing address**

INLAND REVENUE AUTHORITY OF SINGAPORE (IRAS)
55 NEWTON RD
REVENUE HOUSE
SINGAPORE 307987

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Undetermined                    Undetermined

**2.59** | **Priority creditor's name and mailing address**

IOWA DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
P.O. BOX 10330
DES MOINES, IA 50306-0330

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Undetermined | Undetermined

**2.60** | **Priority creditor's name and mailing address**
IRELAND OFFICE OF THE REVENUE
SARSFIELD HOUSE
FRANCIS ST
LIMERICK, V94 R972
IRELAND

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

Undetermined | Undetermined

**2.61** | **Priority creditor's name and mailing address**
JACKSON PARISH ASSESSOR
500 EAST CT, RM 101
JONESBORO, LA 71251

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

Undetermined | Undetermined

**2.62** | **Priority creditor's name and mailing address**
JACKSON PARISH SALES TAX COLLECTION AGENCY
P.O. BOX 666
JONESBORO, LA 71251

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

Undetermined | Undetermined

**2.63** | **Priority creditor's name and mailing address**
JEFFERSON DAVIS PARISH TAX DIVISION
300 N STATE ST, STE 103
JENNINGS, LA 70546

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

Amount of claim    Undetermined

**2.64** | Priority creditor's name and mailing address
LAFAYETTE PARISH ASSESSOR
P.O. BOX 3225
LAFAYETTE, LA 70502-3225

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Undetermined    Undetermined

**2.65** | Priority creditor's name and mailing address
LAFAYETTE PARISH SCHOOL SYSTEM
ATTN: SALES TAX DIV
P.O. BOX 3883
LAFAYETTE, LA 70502-3883

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Undetermined    Undetermined

**2.66** | Priority creditor's name and mailing address
LINCOLN PARISH
SALES & USE TAX COMMISSION
P.O. BOX 863
RUSTON, LA 71273-0863

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Undetermined    Undetermined

**2.67** | Priority creditor's name and mailing address
LIVINGSTON PARISH SHERIFF'S OFFICE
P.O. BOX 370
LIVINGSTON, LA 70754

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.68** Priority creditor's name and mailing address

MADISON PARISH SALES TAX FUND
P.O. BOX 100
VIDALIA, LA 71373

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.69** Priority creditor's name and mailing address

MAINE REVENUE SERVICES
P.O. BOX 9107
AUGUSTA, ME 04332-9107

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.70** Priority creditor's name and mailing address

MICHIGAN DEPT OF TREASURY
P.O. BOX 30059
LANSING, MI 48909

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.71** Priority creditor's name and mailing address

MINNESOTA REVENUE
600 N ROBERT ST
ST PAUL, MN 55146

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| 2.72 | Priority creditor's name and mailing address | | Undetermined | Undetermined |

**Priority creditor's name and mailing address**
MISSOURI DEPT OF REVENUE
ATTN: TAXATION DIV
HARRY S TRUMAN STATE OFFICE BLDG
301 W HIGH ST
JEFFERSON CITY, MO 65101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.73 | | | Undetermined | Undetermined |

**Priority creditor's name and mailing address**
MOREHOUSE PARISH LA
SALES/USE TAX COMMISSION
P.O. BOX 672
BASTROP, LA 71221-0672

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.74 | | | Undetermined | Undetermined |

**Priority creditor's name and mailing address**
MOREHOUSE PARISH LA
SALES/USE TAX COMMISSION
123 E MADISON AVE
BASTROP, LA 71220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.75 | | | Undetermined | Undetermined |

**Priority creditor's name and mailing address**
NEBRASKA DEPT OF REVENUE
P.O. BOX 94818
LINCOLN, NE 68509-4818

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Undetermined                    Undetermined

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**2.76**

**Priority creditor's name and mailing address**

NEW JERSEY CORPORATION TAX
C/O REVENUE PROCESSING CTR
CORPORATION BUSINESS TAX
TRENTON, NJ 08646

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

Undetermined                    Undetermined

**2.77**

**Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REVENUE DEPT
1200 S ST FRANCIS DR
SANTA FE, NM 87504

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

Undetermined                    Undetermined

**2.78**

**Priority creditor's name and mailing address**

NEW YORK STATE DEPT
123 WILLIAM ST
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

Undetermined                    Undetermined

**2.79**

**Priority creditor's name and mailing address**

NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER
600 E BLVD AVE, DEPT 127
BISMARCK, ND 58505-0599

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Undetermined | Undetermined |

**2.80** | **Priority creditor's name and mailing address**

OHIO DEPT OF TAXATION
P.O. BOX 804
COLUMBUS, OH 43216

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.81** | **Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
2501 N LINCOLN BLVD
OKLAHOMA CITY, OK 73194

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.82** | **Priority creditor's name and mailing address**

ORANGE COUNTY FL TAX COLLECTOR
P.O. BOX 545100
ORLANDO, FL 32854

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.83** | **Priority creditor's name and mailing address**

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Undetermined | Undetermined

**2.84**

**Priority creditor's name and mailing address**

POINTE COUPEE PARISH, LA
ATTN: SALES & USE TAX DEPT
P.O. BOX 290
NEW ROADS, LA 70760

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Undetermined | Undetermined

**2.85**

**Priority creditor's name and mailing address**

RED RIVER PARISH SALES TAX AGENCY
P.O. BOX 570
COUSHATTA, LA 71019

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Undetermined | Undetermined

**2.86**

**Priority creditor's name and mailing address**

RHODE ISLAND DIVISION OF TAXATION
1 CAPITOL HILL
PROVIDENCE, RI 02908

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Undetermined | Undetermined

**2.87**

**Priority creditor's name and mailing address**

RICHLAND PARISH TAX COMMISSION
P.O. BOX 688
RAYVILLE, LA 71269

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.88** | **Priority creditor's name and mailing address**
SABINE PARISH
SALES & USE TAX COMMISSION
670 SAN ANTONIO AVE
P.O. BOX 249
MANY, LA 71449-0249

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.89** | **Priority creditor's name and mailing address**
SAN BERNARDINO COUNTY TAX COLLECTOR
268 W HOSPITALITY LN, 1ST FL
SAN BERNARDINO, CA 92415-0360

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.90** | **Priority creditor's name and mailing address**
SISSETON WAHPETON OYATE
ATTN: DEPT OF COMMERCE/TAX OFFICE
12554 BIA HWY 711
P.O. BOX 509
AGENCY VILLAGE, SD 57262

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.91** | **Priority creditor's name and mailing address**
SOUTH CAROLINA DEPT OF REVENUE
?300A OUTLET POINTE BLVD
COLUMBIA, SC 29210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.92 | **Priority creditor's name and mailing address** | | Undetermined | Undetermined |
|---|---|---|---|---|

**2.92** | **Priority creditor's name and mailing address**
SOUTH DAKOTA DEPT OF REVENUE
445 E CAPITOL AVE
PIERRE, SD 57501-3185

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.93** | **Priority creditor's name and mailing address**     Undetermined     Undetermined
ST BERNARD PARISH SALES TAX DEPT
P.O. BOX 168
CHALMETTE, LA 70044

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.94** | **Priority creditor's name and mailing address**     Undetermined     Undetermined
ST CHARLES PARISH, LA
ATTN: TAX COLLECTION & LICENSES
P.O. BOX 440
HAHNVILLE, LA 70057

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.95** | **Priority creditor's name and mailing address**     Undetermined     Undetermined
ST HELENA PARISH SHERIFF'S OFFICE
ATTN: SALES TAX DIV
P.O. BOX 1205
GREENSBURG, LA 70441

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| | Undetermined | Undetermined |
|---|---|---|

**2.96**

**Priority creditor's name and mailing address**
ST JAMES PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPT
P.O. BOX 368
LUTCHER, LA 70071-0368

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.97**

**Priority creditor's name and mailing address**
ST JOHN THE BAPTIST PARISH, LA
ATTN: SALES & USE TAX OFFICE
1704 CHANTILLY DR, STE 101
LAPLACE, LA 70068

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.98**

**Priority creditor's name and mailing address**
ST JOHN THE BAPTIST PARISH, LA
ATTN: SALES & USE TAX OFFICE
P.O. BOX 2066
LAPLACE, LA 70069-2066

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.99**

**Priority creditor's name and mailing address**
ST LANDRY PARISH SCHOOL BOARD
ATTN: SALES TAX ADMINISTRATOR
1013 CRESWELL LN
OPELOUSAS, LA 70570

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| | Undetermined | Undetermined |
|---|---|---|

**2.100** **Priority creditor's name and mailing address**
ST LANDRY PARISH SCHOOL BOARD
ATTN: SALES TAX ADMINISTRATOR
P.O. BOX 1210
OPELOUSAS, LA 70571-1210

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.101** **Priority creditor's name and mailing address**
ST MARTIN PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPT
P.O. BOX 1000
BREAUX BRIDGE, LA 70517

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.102** **Priority creditor's name and mailing address**
ST MARY PARISH SALES & USE TAX DEPT
301 3RD ST
MORGAN CITY, LA 70380

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.103** **Priority creditor's name and mailing address**
ST MARY PARISH SALES & USE TAX DEPT
301 3RD ST
P.O. DRAWER 1279
MORGAN CITY, LA 70381-1279

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.104**

Amount of claim  Undetermined

**Priority creditor's name and mailing address**
ST TAMMANY PARISH
SHERIFF'S ADMINISTRATIVE OFFICE
FINANCE & ADMIN DIV/SALES TAX
300 BROWNSWITCH RD
SLIDELL, LA 70458

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.105**

Undetermined  Undetermined

**Priority creditor's name and mailing address**
ST TAMMANY PARISH TAX COLLECTOR
P.O. BOX 1189
SLIDELL, LA 70459-1189

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.106**

Undetermined  Undetermined

**Priority creditor's name and mailing address**
SUN VALLEY, ID FINANCE DEPT
CITY HALL
81 ELKHORN RD
P.O. BOX 416
SUN VALLEY, ID 83353

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.107**

Undetermined  Undetermined

**Priority creditor's name and mailing address**
TANGIPAHOA PARISH SCHOOL SYSTEM
ATTN: SALES & USE TAX DIV
P.O. BOX 159
AMITE, LA 70422

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**2.108**

**Priority creditor's name and mailing address**
TAX COLLECTOR, PALM BEACH COUNTY FL
P.O. BOX 3715
W PALM BEACH, FL 33402-3715

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Undetermined          Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.109**

**Priority creditor's name and mailing address**
TAX COLLECTOR, PALM BEACH CTY
P.O. BOX 3828
W PALM BEACH, FL 33402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Undetermined          Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.110**

**Priority creditor's name and mailing address**
TENNESSEE DEPT OF REVENUE
500 DEADERICK ST
NASHVILLE, TN 37242

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Undetermined          Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.111**

**Priority creditor's name and mailing address**
TENSAS PARISH SALES TAX DEPT
P.O. BOX 430
VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Undetermined          Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.112**

**Priority creditor's name and mailing address**
TERREBONNE PARISH SALES & USE TAX DEPT
8026 MAIN ST, STE 601
HOUMA, LA 70360

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.113**

**Priority creditor's name and mailing address**
TERREBONNE PARISH SALES & USE TAX DEPT
P.O. BOX 670
HOUMA, LA 70361-0670

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.114**

**Priority creditor's name and mailing address**
TOWN OF EVA, LA
ATTN: SALES & USE TAX
P.O. BOX 456
DECATUR, AL 35602

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

| | | Undetermined | Undetermined |
|---|---|---|---|

**2.115**

**Priority creditor's name and mailing address**
TOWN OF OCEAN CITY
301 BALTIMORE AVE
OCEAN CITY, MD 21842

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

| | Undetermined | Undetermined |
|---|---|---|

**2.116**

**Priority creditor's name and mailing address**
TUSCALOOSA COUNTY TAX COLLECTOR'S OFFICE
TUSCALOOSA COUNTY COURTHOUSE
714 GREENSBORO AVE, RM 124
TUSCALOOSA, AL 35401-1891

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8       )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.117**

**Priority creditor's name and mailing address**
UNION PARISH SALES & USE TAX COMMISSION
P.O. BOX 903
RUSTON, LA 71273

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8       )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.118**

**Priority creditor's name and mailing address**
US DEPT OF COMMERCE
1401 CONSTITUTION AVE NW
WASHINGTON, DC 20230

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8       )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.119**

**Priority creditor's name and mailing address**
VERMILION PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPT
223 S JEFFERSON
ABBEVILLE, LA 70510

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8       )

---

**2.120** **Priority creditor's name and mailing address**
VERMILION PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPT
P.O. BOX 1508
ABBEVILLE, LA 70511-1508

Undetermined        Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.121** **Priority creditor's name and mailing address**
VERMONT DEPT OF TAXES
P.O. BOX 1881
MONTPELIER, VT 05601-1881

Undetermined        Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.122** **Priority creditor's name and mailing address**
VERNON PARISH SALES TAX DEPT
117 BELVIEW RD
LEESVILLE, LA 71446

Undetermined        Undetermined

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.123** **Priority creditor's name and mailing address**
VIRGINIA SALES AUDIT

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PENDING AUDIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.124** | **Priority creditor's name and mailing address**
WASHINGTON COUNTY, OR
ATTN: DEPT OF ASSESSMENT & TAXATION
155 N 1ST AVE
HILLSBORO, OR 97124

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.125** | **Priority creditor's name and mailing address**
WASHINGTON PARISH, LA SHERIFF'S OFFICE
ATTN: TAXES DIV
1002 MAIN ST
P.O. BOX 677
FRANKLINTON, LA 70438

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.126** | **Priority creditor's name and mailing address**
WASHINGTON STATE DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE, STE 1400
SEATTLE, WA 98121

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| | Undetermined | Undetermined |
|---|---|---|

**2.127** | **Priority creditor's name and mailing address**
WASHINGTON STATE DEPT OF REVENUE
P.O. BOX 47464
OLYMPIA, WA 98504-7464

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| 2.128 | Priority creditor's name and mailing address | | Undetermined | Undetermined |
|---|---|---|---|---|

**2.128**

**Priority creditor's name and mailing address**

WEST BATON ROUGE PARISH, LA
ATTN: REVENUE & TAXATION DEPT
P.O. BOX 86
PORT ALLEN, LA 70767

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.129**

**Priority creditor's name and mailing address**

WEST VIRGINIA TAX DIVISION
ATTN: LEGAL DIV/BANKRUPTCY UNIT
THE REVENUE CTR
1001 LEE ST E
CHARLESTON, WV 25301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Undetermined · Undetermined

---

**2.130**

**Priority creditor's name and mailing address**

WINN PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPT
304 E COURT ST
P.O. BOX 430
WINNFIELD, LA 71483

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Undetermined · Undetermined

---

**2.131**

**Priority creditor's name and mailing address**

WISCONSIN DEPT OF REVENUE
P.O. BOX 930208
MILWAUKEE, WI 53293-0208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

**As of the petition filing date, the claim is:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Undetermined · Undetermined

| | | Undetermined | Undetermined |

**2.132** **Priority creditor's name and mailing address**
WYOMING DEPT OF REVENUE
122 W 25TH ST, STE E301
HERSCHLER BLDG E
CHEYENNE, WY 82002

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8        )

| | | Undetermined | Undetermined |

**2.133** **Priority creditor's name and mailing address**
YAKIMA NATION DEPT OF REVENUE
P.O. BOX 151
TOPPENISH, WA 98948

**As of the petition filing date, the claim is:**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8        )

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address
7082651

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
OTHER

**$21.83**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.2 Nonpriority creditor's name and mailing address
ACQUIA, INC
DBA WIDEN ENTERPRISES, LLC
53 STATE ST, 10TH FL
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**$979.02**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.3 Nonpriority creditor's name and mailing address
AETREX INC
414 ALFRED AVE
TEANECK, NJ 07666

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
MANUFACTURER

**$964.34**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.4 Nonpriority creditor's name and mailing address
ALTUS RECEIVABLES MANAGEMENT, INC
2121 AIRLINE DR, STE 520
METAIRIE, LA 70001

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
OTHER

**$588.28**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Amounts listed are as of the Petition Date.  The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to bankruptcy court orders (the "First Day Orders").  The designation of such liabilities as "Disputed" means that they have been or may in the future be reduced as to amounts payable or paid in accordance with the First Day Orders."

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $810.52 |
|---|---|---|---|

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CREDIT CARD

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,436.40 |
|---|---|---|---|

AMERICAN HERITAGE LIFE INS CO 41047
DBA ALLSTATE BENIFITS
P.O. BOX 650514
DALLAS, TX 75265

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $15,312.96 |
|---|---|---|---|

ANDERSON MERCHANDISERS, LLC
5601 GRANITE PKWY, STE 1400
PLANO, TX 75024

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $43,937.20 |
|---|---|---|---|

AON RISK SERVICES, INC OF FL
C/O AON RISK SVCS COMPANIES, INC
75 REMITTANCE DR
CHICAGO, IL 60675-1943

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $408.02 |
|---|---|---|---|---|

ARAMARK REFRESHMENT SERVICES, LLC
P.O. BOX 21971
NEW YORK, NY 10087-1971

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FACILITY SUPPLIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $14,000.00 |
|---|---|---|---|---|

ARTECHPMS LTD
211, 2ND FL, LI CHEN BLDG
HENGKENG HENGDONG 2 RD
LIAOBU TOWN, DONGGUAN CITY
GUANGDONG PROVINCE
CHINA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $16,000.00 |
|---|---|---|---|---|

ASHOK ALURI
DBA SQUARE SOLUTIONS LLC
3475 MASONVIEW DR NE
GRAND RAPIDS, MI 49525

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $2,084.65 |
|---|---|---|---|---|

ASSOCIATED PRINTING PRODUCTION INC
13925 NW 60TH AVE
HIALEAH, FL 33014

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
AUXIS LLC
8151 PETERS RD, STE 3500
FT LAUDERDALE, FL 33324

As of the petition filing date, the claim is:                              $123,234.96

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
AZURE

As of the petition filing date, the claim is:                              UNKNOWN

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
BRINKS INC
555 DIVIDEND DR
COPPELL, TX 75019

As of the petition filing date, the claim is:                              $550.85

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Basis for the claim:
OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
CANON FINANCIAL SERVICES, INC
14904 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                              $1,882.22

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Basis for the claim:
EQUIPMENT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,815.00 |
|---|---|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

CATALYST AWARENESS INC
DBA INTERTEK CATALYST
7 FATHER DAVID BAUER DR
WATERLOO, ON N2L 0A2
CANADA

**As of the petition filing date, the claim is:**  $5,815.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

CDW DIRECT CORP
ATTN: CASH POSTING
200 N MILWAUKEE AVE
VERNON HILLS, IL 60061

**As of the petition filing date, the claim is:**  $17,995.37

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
EQUIPMENT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

CENTURY LINK
P.O. BOX 52187
PHOENIX, AZ 85072

**As of the petition filing date, the claim is:**  $9,500.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

CEVA LOGISTICS US INC
15350 VICKERY DR
HOUSTON, TX 77032-2530

**As of the petition filing date, the claim is:**  $8,200,000.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 |
|---|---|---|---|

**CHANNEL FUSION**
1365 N CENTER POINT RD
HIAWATHA, IA 52233

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.48 |
|---|---|---|---|

**CHILI PIPER**
1 DOCK 72 WAY
BROOKLYN, NY 11205

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,872.90 |
|---|---|---|---|

**CHINOOK ASIA, LLC**
7690 SW MOHAWK ST
TUALATIN, OR 97062-8119

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,086.77 |
|---|---|---|---|

**COMMERCE CANAL CORP**
98 FRONT ST, APT 5B
BROOKLYN, NY 11201

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

COMMERCE TECHNOLOGIES, LLC
25736 NETWORK PL
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:**                    $152.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
SOFTWARE & SERVICES

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

CONCEPT 360 EXHIBITS
4030-A SKYRON DR
DOYLESTOWN, PA 18902

**As of the petition filing date, the claim is:**                    $64,931.98

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
PROFESSIONAL SERVICES

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

CORPORATE SERVICES CONSULTANTS, LLC
P.O. BOX 1048
DANDRIDGE, TN 37725

**As of the petition filing date, the claim is:**                    $276.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
PROFESSIONAL SERVICES

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

CROWN CASTLE
AKA CROWN CASTLE FIBER LLC
P.O. BOX 744470
ATLANTA, GA 30374-4470

**As of the petition filing date, the claim is:**                    $2,334.50

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
SOFTWARE & SERVICES

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,885.00 |
|---|---|---|---|

CSI INTERNATIONAL INC
6700 N ANDREWS AVE
FT LAUDERDALE, FL 33309

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FACILITY SUPPLIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,826.25 |
|---|---|---|---|

CULTURE AMP INC
548 MARKET ST, STE 94869
SAN FRANCISCO, CA 94104

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $642,227.01 |
|---|---|---|---|

CUSTOMER REFUND CHECKS

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECKS AND VENDOR BALANCES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $365,057.00 |
|---|---|---|---|

DELOITTE & TOUCHE LLP
1800 N MILITARY TRL, STE 200
BOCA RATON, FL 33431

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,008.86 |

**3.33** **Nonpriority creditor's name and mailing address**

DELVE PARTNERS INC
183 S TAYLOR AVE, STE 156
LOUISVILLE, CO 80027

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
SOFTWARE & SERVICES

$9,008.86

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

DEWALT CANADA
6275 MILLCREEK DR
MISSISSAUGA, ON L5N 7K6
CANADA

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

$111,710.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

DEWALT US
701 E JOPPA RD
TOWSON, MD 21286

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

$1,078,152.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

DIRECT MEDIA LLC
A SUBSIDIARY OF DATA AXLE, INC FKA INFOGROUP
P.O. BOX 959819
ST LOUIS, MO 63195-9819

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
ADVERTISING/MARKETING

$9,242.68

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $297.93 |
|---|---|---|---|

DSSI
6767 N INDUSTRIAL RD
MILWAUKEE, WI 53223

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $374.67 |
|---|---|---|---|

DUKE ENERGY
P.O. BOX 1004
CHARLOTTE, NC 28201

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
RENTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,742.00 |
|---|---|---|---|

DUN & BRADSTREET
P.O. BOX 742138
LOS ANGELES, CA 90074-2138

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,000.00 |
|---|---|---|---|

EXTOLE, INC
548 MARKET ST, STE 39231
SAN FRANCISCO, CA 94104-5401

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

FEDERAL EXPRESS-SMALL PACKAGE
P.O. BOX 7221
PASADENA, CA 91109

As of the petition filing date, the claim is: $26,865.74

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
FREIGHT & LOGISTICS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

G&I X BRIC FEE OWNER LLC
P.O. BOX 7410595
CHICAGO, IL 60674-0595

As of the petition filing date, the claim is: $110.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
RENTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

GARDA CL WEST-LOCK
3209 MOMENTUM PL
LOCKBOX 233209
CHICAGO, IL 60689

As of the petition filing date, the claim is: $941.43

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

GOOGLE INC
DEPT 33654
P.O. BOX 39000
SAN FRANCISCO, CA 94139

As of the petition filing date, the claim is: $392,315.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
ADVERTISING/MARKETING

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,000.00 |
|---|---|---|---|

**GRAVITY GLOBAL**
**ATTN: GRETCHEN FREEMYER**
**400 E LAS COLINAS BLVD, STE 1050**
**IRVING, TX 75039**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**          **ADVERTISING/MARKETING**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.00 |
|---|---|---|---|

**GTT COMMUNICATONS**
**C/O GC PIVOTAL LLC**
**7900 TYSONS ONE PL**
**MC LEAN, VA 22102**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**          **SOFTWARE & SERVICES**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,125.00 |
|---|---|---|---|

**GUIDEPOINT SECURITY LLC**
**P.O. BOX 844716**
**BOSTON, MA 02284**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**          **SOFTWARE & SERVICES**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.31 |
|---|---|---|---|

**GXS**
**C/O GXS & 29144**
**131 S DEARBORN**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**          **OTHER**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49**    **Nonpriority creditor's name and mailing address**

HEELUXE, LLC
737 S KELLOGG
GOLETA, CA 93117

**As of the petition filing date, the claim is:**      $1,916.66

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**

HIRE RIGHT, LLC
P.O. BOX 847891
DALLAS, TX 75284-7891

**As of the petition filing date, the claim is:**      $940.20

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**

HYPER SHINE GROUP SHOES CO, LTD
RM B3, 19/F TUNG LEE COMMERCIAL BLDG
91-97 JERVOIS ST
SHEUNG WAN
HONG KONG

**As of the petition filing date, the claim is:**      $2,247,114.96

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**

IGNITE VISIBILITY LLC
4250 EXECUTIVE SQ, STE 100
LA JOLLA, CA 92037

**As of the petition filing date, the claim is:**      $18,617.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,586.92 |
|---|---|---|---|

**IMPLUS FOOTCARE, LLC**
P.O. BOX 601469
CHARLOTTE, NC 28260

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.69 |
|---|---|---|---|

**INFINISOURCE BENEFIT SERVICES**
P.O. BOX 889
COLDWATER, MI 49036-0889

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,575.00 |
|---|---|---|---|

**ISLAND PEAK, LLC**
4715 WATERHAVEN LN
HOUSTON, TX 77084

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,162.92 |
|---|---|---|---|

**KIMCO REALTY OP, LLC**
500 N BROADWAY, STE 201
JERICHO, NY 11753

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
RENTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $14,920.86 |
| | KOENIG IP WORKS, PLLC<br>2208 MARINER DR<br>FT LAUDERDALE, FL 33316 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | PROFESSIONAL SERVICES |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,262.95 |
| | LEGALSHIELD<br>P.O. BOX 2629<br>ADA, OK 74821-2629 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | OTHER |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,470.89 |
| | LIVINGSTON<br>150 PIERCE RD, STE 500<br>ITASCA, IL 60143-1222 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | FREIGHT & LOGISTICS |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,470.89 |
| | LIVINGSTON<br>6700 COTE DE LIESSE, BUREAU 300<br>SAINT-LAURENT, PQ H4T 2B5<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |
| | | **Basis for the claim:** |
| | **Date or dates debt was incurred** | FREIGHT & LOGISTICS |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,103.95 |
|------|--------------------------------------------------|-----------------------------------------------|-------------|

**3.61** **Nonpriority creditor's name and mailing address**

LOGIC BROKER INC
1 ENTERPRISE DR, STE 425
SHELTON, CT 06484

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,103.95

---

**3.62** **Nonpriority creditor's name and mailing address**

LSC COMMUNCIATIONS INC
4101 WINFIELD RD
WARRENVILLE, IL 60555

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.63** **Nonpriority creditor's name and mailing address**

MCCANDLESS INTERNATIONAL
C/O TRUCKS OF NEVADA, LLC
3780 LOSEE RD
N LAS VEGAS, NV 89030

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$497.12

---

**3.64** **Nonpriority creditor's name and mailing address**

MEDI USA, LP
6481 FRANZ WARNER PKWY
PITTSBURGH, PA 27377

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,057.50

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,057.50 |
|---|---|---|---|

**3.65** Nonpriority creditor's name and mailing address

MEDI USA, LP
P.O. BOX 358110
PITTSBURGH, PA 15251-5110

**As of the petition filing date, the claim is:** $5,057.50

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

METTEL
P.O. BOX 1056
NEW YORK, NY 10268-1056

**As of the petition filing date, the claim is:** UNKNOWN

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

MICROACCOUNTINGSOLUTIONS
2508 HIGHLANDER WAY, STE 220
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:** $107.50

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

MYERS-HOLUM, INC
244 MADISON AVE, STE 217
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** $95,574.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $388.00 |
|---|---|---|---|

NAME REDACTED 47996
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,256.52 |
|---|---|---|---|

NAME REDACTED 47999
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,724.20 |
|---|---|---|---|

NAME REDACTED 48002
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,340,089.75 |
|---|---|---|---|

NAME REDACTED 48011
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.19 |

**3.73** **Nonpriority creditor's name and mailing address**
NAME REDACTED 48013
ADDRESS REDACTED

As of the petition filing date, the claim is: $3.19

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**
NAME REDACTED 48014
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,778.49

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**
NAME REDACTED 48015
ADDRESS REDACTED

As of the petition filing date, the claim is: $528.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**
NAME REDACTED 48017
ADDRESS REDACTED

As of the petition filing date, the claim is: $150.90

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.93 |
|---|---|---|---|

NAME REDACTED 48031
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,403.50 |
|---|---|---|---|

NAME REDACTED 48044
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,738.42 |
|---|---|---|---|

NAME REDACTED 48088
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,262.46 |
|---|---|---|---|

NAME REDACTED 48097
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.81**  **Nonpriority creditor's name and mailing address**
NAME REDACTED 48098
ADDRESS REDACTED

As of the petition filing date, the claim is: $14,313.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.82**  **Nonpriority creditor's name and mailing address**
NAME REDACTED 48105
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,051.34

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83**  **Nonpriority creditor's name and mailing address**
NAME REDACTED 48119
ADDRESS REDACTED

As of the petition filing date, the claim is: $5,246.79

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84**  **Nonpriority creditor's name and mailing address**
NAME REDACTED 48130
ADDRESS REDACTED

As of the petition filing date, the claim is: $93,121.20

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
CUSTOMER

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $188,776.75 |
|---|---|---|---|

**3.85**

Nonpriority creditor's name and mailing address

NETSUITE ORACLE BANC OF AMERICA LEASING
C/O LEASE ADMINISTRATION CENTER
2600 W BIG BEAVER RD
TROY, MI 48084

As of the petition filing date, the claim is: **$188,776.75**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
SOFTWARE & SERVICES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86**

Nonpriority creditor's name and mailing address

NEW BALANCE ATHLETIC SHOE INC
C/O LYONS CROSSING PROF
1341 BRANTON BLVD, STE 103
KNOXVILLE, TN 37922-8521

As of the petition filing date, the claim is: **$1,457,626.20**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.87**

Nonpriority creditor's name and mailing address

NYBERG CENTERCAL, LLC
1600 E FRANKLIN AVE, STE A
EL SEGUNDO, CA 90245

As of the petition filing date, the claim is: **UNKNOWN**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
RENTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.88**

Nonpriority creditor's name and mailing address

OFFICE PLUS OF NEVADA
40 N MOJAVE RD
LAS VEGAS, NV 89101

As of the petition filing date, the claim is: **$595.45**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
FACILITY SUPPLIES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $133,024.98 |
|---|---|---|---|---|

ORACLE AMERICA, INC
2300 ORACLE WAY
AUSTIN, TX 78741

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    SOFTWARE & SERVICES

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $151.93 |
|---|---|---|---|---|

ORKIN
2257 VISTA PKWY, STE 5
W PALM BEACH, FL 33411

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    PROFESSIONAL SERVICES

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $21,849.68 |
|---|---|---|---|---|

PCI
AKA POSTAL CENTER INTL INC
3406 SW 26 TER
FT LAUDERDALE, FL 33312

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    PROFESSIONAL SERVICES

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $50,000.00 |
|---|---|---|---|---|

PEAK ACTIVITY LLC
1200 N FEDERAL HWY, STE 200
BOCA RATON, FL 33432

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    PROFESSIONAL SERVICES

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,404.79 |
|---|---|---|---|

**PITNEY BOWES**
2225 AMERICAN DR
P.O. BOX 371896
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.07 |
|---|---|---|---|

**PROCUREMENT PARTNERS LLC**
17035 WISCONSIN AVE, STE 100
BROOKFIELD, WI 53005

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102,800.00 |
|---|---|---|---|

**PROJECT44, LLC**
222 MERCHANDISE MART PLZ, STE 1744
CHICAGO, IL 60654

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,250.00 |
|---|---|---|---|

**PROMETHEAN ANALYTICS INC**
2351 SUNSET BLVD, STE 170-818
ROCKLIN, CA 95765-4306

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,133.00 |
|---|---|---|---|

PUBLICIS EPSILON COLLECTION ACCOUNT
FBO EPSILON DATA MANAGEMENT LLC
601 EDGEWATER DR
WAKEFIELD, MA 01880

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
DUES & SUBSCRIPTIONS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,270.05 |
|---|---|---|---|

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,560.17 |
|---|---|---|---|

PUROLATOR INC
P.O. BOX 4918, STN A
TORONTO, ON M5W 0C9
CANADA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $153,040.52 |
|---|---|---|---|

R2 UNIFIED TECHNOLOGIES, LLC
980 N FEDERAL HWY, STE 410
BOCA RATON, FL 33432

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,057.39 |

REFRIGIWEAR PARENT, LLC
DBA REFRIGIWEAR, LLC & SAMCO
54 BREAKSTONE DR
DAHLONEGA, GA 30533

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,711.60 |

REMINGTON PRODUCTS CO
DBA STABLE STEP, LLC
961 SEVILLE RD
WADSWORTH, OH 44281

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $744.00 |

RR DONNELLY
35 W WACKER DR
CHICAGO, IL 60601

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $996.30 |

SALESFORCE.COM
P.O. BOX 203141
DALLAS, TX 75320-3141

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.105** Nonpriority creditor's name and mailing address

SCOTT HOOTEN
DBA HOOTEN DESIGN LLC
2429 WANEKA LAKE TRL
LAFAYETTE, CO 80026

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                           $6,000.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
ADVERTISING/MARKETING

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

SELLIGENT INC
1300 ISLAND DR, STE 200
REDWOOD CITY, CA 94065-5171

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                           $13,874.72

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

SFC HOLDINGS, LLC
5000 T-REX AVE, STE 100
BOCA RATON, FL 33431

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                           $120,936,816.52

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
INTERCOMPANY PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

SHOES FOR CREWS CANADA LTD
5000 T-REX AVE, STE 100
BOCA RATON, FL 33431

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                           $9,094,008.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
INTERCOMPANY PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

SHOES FOR CREWS FOOTWEAR (GUANGZHOU) CO, LTD
5000 T-REX AVE, STE 100
BOCA RATON, FL 33431

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $1,637,496.65

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
INTERCOMPANY PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

SHRED-IT USA JV LLC
11101 FRANKLIN AVE, STE 100
FRANKLIN PARK, IL 60131

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $209.32

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

SMART CITY TELECOM
P.O. BOX 733082
DALLAS, TX 75373-3085

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $350.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
SOFTWARE & SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address

SPARKLETTS
P.O. BOX 660579
DALLAS, TX 75266

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $100.42

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
FACILITY SUPPLIES

Is the claim subject to offset?
☑ No
☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,825.00 |
|---|---|---|---|

**3.113** **Nonpriority creditor's name and mailing address**

SPECIALTY FREIGHT SERVICES, INC
1 POULSON AVE
ESSINGTON, PA 19029

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $5,825.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

SPECTRUM
P.O. BOX 790450
ST LOUIS, MO 63179-0450

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $204.97

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

SPS COMMERCE, INC
VB BOX 3
P.O. BOX 9202
MINNEAPOLIS, MN 55480

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $99.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**

SRP COMPUTER SOLUTIONS
101 S KRAEMER BLVD, STE 100
PLACENTIA, CA 92870

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $6,475.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $641.47 |

STAPLES ADVANTAGE
500 STAPLES DR
FRAMINGHAM, MA 01702

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FACILITY SUPPLIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,500.00 |

STEVEN RICHARD
DBA CRAFT BRAND DESIGN
22 WALSH AVE
BARRINGTON, RI 02806

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $412.06 |

SYMPHONIX SOLUTIONS INC
623 S CEDAR ST
CHARLOTTE, NC 28202

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,630.00 |

THE BAZ GROUP, INC
2735 N HOLLAND-SYLVANIA, STE A-3
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,088.50 |

**3.121** **Nonpriority creditor's name and mailing address**
THE CENTER FOR SALES STRATEGY, LLC
6601 MEMORIAL HWY, STE 120
TAMPA, FL 33615

As of the petition filing date, the claim is:                    $14,088.50

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PROFESSIONAL SERVICES

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**
THE HIRED PENS, LLC
10 MORRISON PL
SOMERVILLE, MA 02144

As of the petition filing date, the claim is:                    $2,775.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
ADVERTISING/MARKETING

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
THE SIEGFRIED GROUP, LLP
1201 N MARKET ST, STE 700
WILMINGTON, DE 19801

As of the petition filing date, the claim is:                    $50,000.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PROFESSIONAL SERVICES

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**
THE VITALITY GROUP INC
200 W MONROE, STE 1900
CHICAGO, IL 60606

As of the petition filing date, the claim is:                    UNKNOWN

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
DUES & SUBSCRIPTIONS

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,065.89 |

**3.125** | **Nonpriority creditor's name and mailing address**

TRO LLC
600 PHIPPS BLVD, STE 2301
ATLANTA, GA 30326

**As of the petition filing date, the claim is:** $74,065.89

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

TRULY NOLEN BRANCH 711
2082 33RD ST, 1ST FL
ORLANDO, FL 32839

**As of the petition filing date, the claim is:** $72.42

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**

UCW LOGISTICS, LLC
325 W MCBEE AVE, STE 200
GREENVILLE, SC 29601

**As of the petition filing date, the claim is:** $91,255.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

UNBXD, INC
1710 S AMPHLETT BLVD, STE 124
SAN MATEO, CA 94402

**As of the petition filing date, the claim is:** $16,497.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | UNISEN INDUSTRIAL DEVELOPMENT PTE LTD<br>RAMPUR, BURICHONG<br>CUMILLA, 3500<br>BANGLADESH | As of the petition filing date, the claim is: | $1,145,740.12 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | UNITED RENTALS (NORTH AMERICA), INC<br>P.O. BOX 100711<br>ATLANTA, GA 30384 | As of the petition filing date, the claim is: | $308.86 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | US MONITOR<br>86 MAPLE AVE<br>NEW CITY, NY 10956 | As of the petition filing date, the claim is: | $28.73 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ADVERTISING/MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | VANDEGRIFT<br>100 WALNUT AVE, STE 600<br>CLARK, NJ 07066 | As of the petition filing date, the claim is: | $1,496,569.73 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,496,569.73 |
|---|---|---|---|

VANDEGRIFT
63 GALAXY BLVD, UNIT 1 & 2
TORONTO, ON M9W 5R7
CANADA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FREIGHT & LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,480.20 |
|---|---|---|---|

VERITY PARTNERS INC
1515 S FEDEREAL HWY, STE 308
BOCA RATON, FL 33432

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,888.91 |
|---|---|---|---|

VERIZON
1095 AVE OF THE AMERICAS
NEW YORK, NY 10036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,248.75 |
|---|---|---|---|

VOLOGY INC
15950 BAY VISTA DR
CLEARWATER, FL 33760

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $564,160.00 |
|---|---|---|---|

**WEST CHESTER PROTECTIVE GEAR**
**DBA PIP GLOBAL SAFETY**
**P.O. BOX 22231**
**NEW YORK, NY 10087-2231**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $136,160.00 |
|---|---|---|---|

**WFENGZE FENGZE - HONGKONG CHENG KWOK/XIN MOULDING**
**RM 18 27/F HO KING COMM CTR 2-16**
**FA YUEN ST MONGKOK KL**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,865.00 |
|---|---|---|---|

**WFITRO FITRON LTD INDUSTRIES**
**20/F, WINBASE CTR**
**208 QUEEN'S RD**
**CENRAL SHEUNG WAN**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,509.92 |
|---|---|---|---|

**WFUXIA FUXIANG SHOE MATERIAL CO, LTD**
**DAFENG INDUST AREA, WENCHANG WEST RD**
**SANXIANG TOWN**
**ZHONGSHAN CITY, GUANGDONG**
**CHINA**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,150.00 |

WINDCAVE
P.O. BOX 45498
LOS ANGELES, CA 99045

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $17,341.00 |

WINGIFY SOFTWARE PRIVATE LTD
1104 KLJ TOWER N B-5, 11TH FL
NETAJI SUBHASH PLACE, PITAMPURA
NEW DELHI, 110034
INDIA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SOFTWARE & SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,083,635.40 |

WJIANG JINJIANG XIONG YI SHOES - MEGA PERFECT
L24043 RM 1303, 13/F, SINO FAVOUR CTR
1 ON YIP ST
CHAIWAN
HONG KONG

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $23,794.56 |

WJMAVE JM-AVENIR HK LTD
C/O JM AVENIR INT'L (HK) LTD
FLAT/RM 2107 21/F CC WU BLDG 302-308
HENNESSY RD, WANCHA
HONG KONG

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.145** Nonpriority creditor's name and mailing address

WNICE GOODWAY INT'L HOLDINGS LTD
RM 16/F, RAILWAY PLZ
NOS 39 CHATHAM RD S
TSIM SHA TSUI, KLN
HONG KONG

As of the petition filing date, the claim is: $318,710.60

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

WOVERSP OVERSPEEDY - ALEX & ROBIN
C/O VERSPEEDY SHOES VIET NAM CO, LTD
THE 605 PLOT, THE 08TH MAP, BINH HOA 1
QUARTER TAN PHUOC KHANH WARD
TAN UYEN CITY, BINH DUONG PROVINCE 820000
VIETNAM

As of the petition filing date, the claim is: $941,498.60

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address

WPUTIAN PUTIAN XIECHENG FOOTWEAR CO, LTD
C/O PUTIAN XIECHENG FOOTWEAR CO, LTD
FENGTING INDUSTRY AREA
XIANYOU COUNTY, PUTIAN CITY
FUJIAN PROVINCE
CHINA

As of the petition filing date, the claim is: $239,524.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address

WQINGVE QINGDAO VEKO INT'L TRANSPORTATION CO, LTD

As of the petition filing date, the claim is: $571.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
MANUFACTURER

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $7,154.00 |

WSUREWE SUREWERX IS, INC
49 SCHOONER ST
COQUITLAM, BC V3K 0B3
CANADA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
MANUFACTURER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $29,363.69 |

WUNDERKIND
DBA BOUNCE
1 WORLD TRADE CTR, 74TH FL
NEW YORK, NY 10007

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Shoes For Crews, LLC**    Case number (if known): **24-10670**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor Name    **Shoes For Crews, LLC**                                  Case number (if known): **24-10670**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                    $0.00

**5b. Total claims from Part 2**                                              $158,232,782.13

**5c. Total claims of Parts 1 and 2**                                         $158,232,782.13
    Lines 5a + 5b = 5c

| Debtor Name | **Shoes For Crews, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **24-10670** |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **ACCOUNT MANAGER**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **ACCOUNT MANAGER – MID-MARKET**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **ACCOUNT MANAGER SALES**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICE AGREEMENT BETWEEN WIDEN AND SHOES FOR CREWS, LLC** | **ACQUIA, INC**<br>**DBA WIDEN ENTERPRISES, LLC**<br>**53 STATE ST, 10TH FL**<br>**BOSTON, MA 02109** |
| | State the term remaining<br>List the contract number of any government contract | 04/01/2023-04/30/2026 | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **AMAZON SERVICES BUSINESS SOLUTIONS AGREEMENT BETWEEN AMAZON SERVICES LLC AND SHOES FOR CREWS, LLC** | **AMAZON SERVICES LLC**<br>**410 TERRY AVE N**<br>**SEATTLE, WA 98109-5210** |
| | State the term remaining<br>List the contract number of any government contract | 9/23/2022 | |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL ACCOUNT AGREEMENT BETWEEN AMERICAN EXPRESS AND SHOES FOR CREWS, LLC. | AMERICAN EXPRESS<br>AESC-P 20022 N 31ST AVE<br>MAIN CODE AZ-08-03-11<br>PHOENIX, AZ 85027 |
| | State the term remaining | 4/2/2020 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT BETWEENSIGNITURE PAGE TO THE AGREEMENT | AMERICAN HERITAGE LIFE INS CO 41047<br>1776 AMERICAN HERITAGE LIFE DR<br>JACKSONVILLE, FL 32224 |
| | State the term remaining | 01/01/2019 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | ACCIDENT INSURANCE COVERAGE SUMMARY RELATED TO THE AGREEMENT | AMERICAN HERITAGE LIFE INS CO 41047<br>1776 AMERICAN HERITAGE LIFE DR<br>JACKSONVILLE, FL 32224 |
| | State the term remaining | 1/1/2019 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CRITICAL ILLNESS INSURANCE COVERAGE SUMMARY RELATED TO THE AGREEMENT | AMERICAN HERITAGE LIFE INS CO 41047<br>1776 AMERICAN HERITAGE LIFE DR<br>JACKSONVILLE, FL 32224 |
| | State the term remaining | 1/1/2019 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT BETWEEN ARAMARK REFRESHMENT SERVICES, LLC. AND SHOES FOR CREWS, LLC. | ARAMARK REFRESHMENT SERVICES, LLC<br>9627 PREMIER PKWY<br>MIRAMAR, FL 33025 |
| | State the term remaining | 9/1/2021 | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | QUALIFIED RETIREMENT PLAN AGREEMENT BETWEEN ASCENSUS TRUST AND SHOES FOR CREWS, LLC. | ASCENSUS TRUST<br>1655 43RD ST S, STE 100<br>FARGO, ND 58103 |
| | State the term remaining | 11/30/2022 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | SUMMARY PLAN DESCRIPTION BETWEEN ASCENSUS TRUST AND SHOES FOR CREWS, LLC. | ASCENSUS TRUST<br>1655 43RD ST S, STE 100<br>FARGO, ND 58103 |
| | State the term remaining | 11/30/2022 | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT BETWEEN SQUARE SOLUTIONS, LLC AND SHOES FOR CREWS, LLC. | ASHOK ALURI<br>DBA SQUARE SOLUTIONS LLC<br>3475 MASON VIEW DR NE<br>GRAND RAPIDS, MI 49525 |
| | State the term remaining | 6/1/2023 | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | ASSISTANT STORE MANAGER<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | ASSOCIATE DIRECTOR – THIRD PARTY<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | ASSOCIATE DIRECTOR SALES OPERATIONS<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT BETWEEN AUXIS MANAGED SOLUTIONS, LLC AND SHOES FOR CREWS, LLC. | AUXIS MANAGED SOLUTIONS LLC<br>8151 PETERS RD, STE 3500<br>FT LAUDERDALE, FL 33324 |
| | State the term remaining | 8/9/2011 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |

**████  Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #2 TO THE MASTER SERVICES AGREEMENT BETWEEN AUXIS MANAGED SOLUTIONS, LLC AND SHOES FOR CREWS, LLC. | AUXIS MANAGED SOLUTIONS LLC<br>8151 PETERS RD, STE 3500<br>FT LAUDERDALE, FL 33324 |
| | State the term remaining | 8/9/2011 | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK (12) BETWEEN AUXIS MANAGED SOLUTIONS, LLC AND SHOES FOR CREWS, LLC | AUXIS MANAGED SOLUTIONS LLC<br>8151 PETERS RD, STE 3500<br>FT LAUDERDALE, FL 33324 |
| | State the term remaining | 1/9/2024 | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL SUBSCRIPTION ORDER BETWEEN AVALARA, INC. AND SHOES FOR CREWS, LLC. | AVALARA INC<br>255 S KING ST, STE 1800<br>SEATTLE, WA 98104 |
| | State the term remaining | 3/12/2024 | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT BETWEEN AVALONBAY COMMUNITIES, INC. SHOES FOR CREWS, LLC | AVALONBAY COMMUNITIES, INC<br>4040 WILSON BLVD, STE 1000<br>ARLINGTON, VA 22203 |
| | State the term remaining | 1/9/2024 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT BETWEEN BOCA T-REX BORROWER, LLC SHOES FOR CREWS, LLC | BOCA T-REX BORROWER, LLC<br>4920 CONFERENCE WAY N, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 4/26/2017 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL ORDER RENEWAL FORM BETWEEN BOOMI, LP AND SHOES FOR CREWS, LLC. | BOOMI INC<br>1400 LIBERTY RIDGE DR<br>CHESTERBROOK, PA 19087 |
| | State the term remaining | 1/4/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | BUSINESS DEVELOPMENT REP (CANADA) 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | BUSINESS DEVELOPMENT REPRESENTATIVE 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | BUSINESS DEVELOPMENT REPRESENTATIVE – GOVERNMENT 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | BUSINESS DEVELOPMENT REPRESENTATIVE, MID MARKET 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES & SERVICES AGREEMENT BETWEEN CANNON SOLUTIONS AMERICA, INC. AND SHOES FOR CREWS, LLC. | CANON FINANCIAL SERVICES, INC ONE CANON PARK MELVILLE, NY 11747 |
| | State the term remaining | 6/24/2021 | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE MASTER SALES & SERVICES AGREEMENT BETWEEN CANNON SOLUTIONS AMERICA, INC. AND SHOES FOR CREWS, LLC. | CANON FINANCIAL SERVICES, INC ONE CANON PARK MELVILLE, NY 11747 |
| | State the term remaining | 6/24/2021 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

█ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | ORDER SCHEDULE, RIDER C OF AGREEMENT BETWEEN CANNON SOLUTIONS AMERICA, INC. AND SHOES FOR CREWS, LLC. | CANON FINANCIAL SERVICES, INC ONE CANON PARK MELVILLE, NY 11747 |
| | State the term remaining | 6/24/2021 | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE BETWEEN CANNON SOLUTIONS AMERICA, INC. AND SHOES FOR CREWS, LLC. | CANON FINANCIAL SERVICES, INC ONE CANON PARK MELVILLE, NY 11747 |
| | State the term remaining | 6/24/2021 | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR COFFEE SERVICES BETWEEN CANTEEN (COMPASS GROUP USA) AND SHOES FOR CREWS, LLC. | CANTEEN/COMPASS GROUP USA, INC 28100 US HWY 19 N, STE 307 CLEARWATER, FL 33761 |
| | State the term remaining | 6/29/2021 | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM AGREEMENT BETWEEN INTERTEK CATALYST AND SHOES FOR CREWS, LLC. | CATALYST AWARENESS INC DBA INTERTEK CATALYST 7 FATHER DAVID BAUER DR WATERLOO, ON N2L 0A2 |
| | State the term remaining | 9/12/2023 | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT BETWEEN CENTRIC SOFTWARE, INC. AND SHOES FOR CREWS, LLC. | CENTRIC SOFTWARE 250 S AUSTRALIAN AVE W PALM BEACH, FL 33401 |
| | State the term remaining | 11/21/2016 | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | CONVERSION OF SOFTWARE LICENSES FROM PERPETUAL TO SUBSCRIPTION BETWEEN CENTRIC SOFTWARE AND SHOES FOR CREWS, LLC | CENTRIC SOFTWARE 250 S AUSTRALIAN AVE W PALM BEACH, FL 33401 |
| | State the term remaining | 07/22/2021-07/31/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CENTURYLINK TOTAL ADVANTAGE AGREEMENT BETWEEN CENTURY LINK COMMUNICATIONS, LLC AND SHOES FOR CREWS, LLC | CENTURY LINK P.O. BOX 52187 PHOENIX, AZ 85072 |
| | State the term remaining | 12/15/2020 | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT BETWEEN CHANNELFUSION AND SHOES FOR CREWS, LLC. | CHANNEL FUSION 1365 N CENTER POINT RD HIAWATHA, IA 52233 |
| | State the term remaining | 01/01/2019 | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT BETWEEN CHANNELFUSION AND SHOES FOR CREWS, LLC. | CHANNEL FUSION 1365 N CENTER POINT RD HIAWATHA, IA 52233 |
| | State the term remaining | 01/01/2019 | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | CHANNEL MANAGER 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE RENEWAL FORM BETWEEN CHILI PIPER, INC. AND SHOES FOR CREWS, LLC, | CHILI PIPER 228 PARK AVE S, STE 78136 NEW YORK, NY 10003-1502 |
| | State the term remaining | 4/12/2024 | |
| | List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE BONUS AGREEMENT INDIVIDUAL | CHRIS HAMILTON ADDRESS REDACTED |
| | State the term remaining | 8/14/2023 | |
| | List the contract number of any government contract | | |

Debtor Name    **Shoes For Crews, LLC**                                          Case number (if known): **24-10670**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | **SALES BONUS PLAN INDIVIDUAL** | **CHRIS PERRY** **ADDRESS REDACTED** |
| | State the term remaining | 1/4/2023 | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | **PROJECT BONUS AGREEMENT INDIVIDUAL** | **CHRISTIAN CRARY** **ADDRESS REDACTED** |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | **CHRISTOPHER SIM** **5000 T-REX AVE, STE 100** **BOCA RATON, FL 33431** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | **COVER PAGE TO THE INSURANCE POLICY** | **CIGNA HEALTHCARE** **2000 S COLORADO BLVD, TOWER 3, STE 1100** **DENVER, CO 80222** |
| | State the term remaining | 01/01/2024-12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | **ACKNOWLEDGEMENT AND UNDERSTANDING OF STOP LOSS COVERAGE CONTINUATION AGREEMENT** | **CIGNA HEALTHCARE** **2000 S COLORADO BLVD** **TOWER 3 STE 1100** **DENVER, CO 80222** |
| | State the term remaining | 1/1/2024 | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | **STOP-LOSS INSURANCE POLICY** | **CIGNA HEALTHCARE** **2000 S COLORADO BLVD** **TOWER 3 STE 1100** **DENVER, CO 80222** |
| | State the term remaining | 1/1/2024 | |
| | List the contract number of any government contract | | |

Debtor Name    **Shoes For Crews, LLC**                                    Case number (if known): **24-10670**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | **RATE CONFIRMATION EXHIBIT FOR INSURANCE POLICY** | **CIGNA HEALTHCARE**<br>**2000 S COLORADO BLVD**<br>**TOWER 3 STE 1100**<br>**DENVER, CO 80222** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2024 | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | **ADMINISTRATIVE SERVICES CONTRACT** | **CIGNA HEALTHCARE**<br>**2000 S COLORADO BLVD**<br>**TOWER 3 STE 1100**<br>**DENVER, CO 80222** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2024 | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | **SIGNATURE PAGE EXHIBIT FOR THE STOP LOSS INSURANCE AGREEMENT** | **CIGNA HEALTHCARE**<br>**2000 S COLORADO BLVD**<br>**TOWER 3 STE 1100**<br>**DENVER, CO 80222** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2024 | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICAL BENEFITS ABROAD PREMIER PLUS PLAN POLICY** | **CIGNA HEALTHCARE**<br>**2000 S COLORADO BLVD**<br>**TOWER 3 STE 1100**<br>**DENVER, CO 80222** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2024 | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION AGREEMENT BETWEEN THE INFOSOFT GROUP, LLC AND SHOES FOR CREWS, LLC.** | **CIRCA_THE INFOSOFT GROUP LLC**<br>**1000 N WATER ST, STE 1200**<br>**MILWAUKEE, WI 53202** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2024 | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION AGREEMENT BETWEEN CLEARCOMPANY AND SHOES FOR CREWS, LLC.** | **CLEARCOMPANY LLC**<br>**200 CLARENDON ST**<br>**BOSTON, MA 2116** |
| | State the term remaining<br>List the contract number of any government contract | 10/30/2023 | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

<table>
<tr><td colspan="3"><strong>Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</strong></td></tr>
<tr><td colspan="3">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
</table>

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | CLIENT SUCCESS ACCOUNT MANAGER 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT BETWEEN INGRAM MICO, INC. AND SHOES FOR CREWS, LLC. | CMA CGM (CEVA) 3351 MICHELSON DR, STE 100 IRVINE, CA 92612 |
| | State the term remaining | 02/21/2020-04/30/2025 | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A (STATEMENT OF WORK) TO MASTER SERVICES AGREEMENT BETWEEN INGRAM MICRO, INC. AND SHOES FOR CREWS, LLC. | CMA CGM (CEVA) 3351 MICHELSON DR, STE 100 IRVINE, CA 92612 |
| | State the term remaining | 02/21/2020-04/30/2025 | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT LETTER TO CMA CGM (CEVA) | CMA CGM (CEVA) 3351 MICHELSON DR, STE 100 IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT BETWEEN COBBLESTONE SYSTEMS CORP., AND SHOES FOR CREWS, LLC. | COBBLESTONE SYSTEMS CORP DBA COBBLESTONE SOFTWARE 428 S WHITE HORSE PIKE LINDENWOLD, NJ 08021 |
| | State the term remaining | 12/1/2022 | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | RESELLER AND PRODUCT COLLABORATION AGREEMENT FOR BRANDED PRODUCTS BETWEEN COLE HAAN INTERNATIONAL B.V. AND SHOES FOR CREWS, LLC. | COLE HAAN INTERNATIONAL BV HERENGRACHT 576 1017CJ AMSTERDAM NETHERLANDS |
| | State the term remaining | 11/01/2019-12/31/2021 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT BETWEEN COLE HAAN INTERNATIONAL B.V. AND SHOES FOR CREWS, LLC. | COLE HAAN INTERNATIONAL BV HERENGRACHT 576 1017CJ AMSTERDAM NETHERLANDS |
| | State the term remaining | 11/01/2019-12/31/2021 | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT BETWEEN COMMERCE CANAL CORP. AND SHOES FOR CREWS, LLC. | COMMERCE CANAL CORP 1710 S AMPHLETT BLVD, STE 124 SAN MATEO, CA 94402 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT BETWEEN COMMERCE CANAL CORP. AND SHOES FOR CREWS, LLC. | COMMERCE CANAL CORP 1710 S AMPHLETT BLVD, STE 124 SAN MATEO, CA 94402 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT BETWEEN CORRA TECHNOLOGY, INC. AND SHOES FOR CREWS, LLC. | CORRA TECHNOLOGY, INC 340 MADISON AVE, STE 3A NEW YORK, NY 10173 |
| | State the term remaining | 09/03/2021 | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT BETWEEN CROWN SOURCE, LLC AND SHOES FOR CREWS, LLC. | CROWN CASTLE CROWN CASTLE FIBER LLC P.O. BOX 744470 ATLANTA, GA 30374-4470 |
| | State the term remaining | 9/3/2019 | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM BETWEEN CROWN CASTLE AND SHOES FOR CREWS, LLC FOR LICENSE OF TELECOMMUNICATIONS. | CROWN CASTLE CROWN CASTLE FIBER LLC P.O. BOX 744470 ATLANTA, GA 30374-4470 |
| | State the term remaining | 10/28/2021 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |
| --- | --- | --- | --- |

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER RENEWAL FORM BETWEEN CULTURE AMP AND SHOES FOR CREWS, LLC | CULTURE AMP<br>13949 VENTURA BLVD, STE 215<br>SHERMAN OAKS, CA 91423 |
| | State the term remaining | 11/11/2021 | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS CONTRACTS | CUSTOMER CONTRACTS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | CUSTOMER SUCCESS CAMPAIGN SPECIALIST<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE BONUS AGREEMENT INDIVIDUAL | DANIEL RUBINSTEIN<br>ADDRESS REDACTED |
| | State the term remaining | 11/1/2021 | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER BETWEEN THE MARKARIAN GROUP AND SHOES FOR CREWS, LLC | DAVID K MARKARIAN, PLLC<br>2925 PGA BLVD, STE 204<br>PALM BEACH GARDENS, FL 33410 |
| | State the term remaining | 9/18/2023 | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT BETWEEN DAX SOFTWARE SOLUTIONS, INC. AND SHOES FOR CREWS, LLC. | DAX SOFTWARE SOLUTIONS, INC<br>6303 OWENSMOUTH AVE 10TH FL<br>WOODLAND HILLS, CA 91367 |
| | State the term remaining | 7/5/2022 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT BETWEEN DAX SOFTWARE SOLUTIONS, INC. AND SHOES FOR CREWS, LLC. | DAX SOFTWARE SOLUTIONS, INC 6303 OWENSMOUTH AVE 10TH FL WOODLAND HILLS, CA 91367 |
| | State the term remaining | 7/5/2022 | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER BETWEEN DELOITTE & TOUCHE, LLP AND SHOES FOR CREWS, LLC FOR 2023 FINANCIAL AUDIT. | DELOITTE & TOUCHE LLP 1800 N MILITARY TRL, STE 200 BOCA RATON, FL 33431 |
| | State the term remaining | 10/20/2023 | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT BETWEEN DELOITTE & TOUCHE, LLP AND SHOES FOR CREWS, LLC. | DELOITTE & TOUCHE LLP 1800 N MILITARY TRL, STE 200 BOCA RATON, FL 33431 |
| | State the term remaining | 06/22/2020 | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM & SERVICE AGREEMENT BETWEEN DELVE PARTNERS, INC. AND SHOES FOR CREWS, LLC | DELVE PARTNERS, INC 183 S TAYLOR AVE, STE 156 LOUISVILLE, CO 80027 |
| | State the term remaining | 8/8/2023 | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | DIRECTOR OF BUSINESS DEVELOPMENT INDUSTRIAL 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | DIRECTOR OF SALES 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

Debtor Name    **Shoes For Crews, LLC**                              Case number (if known): **24-10670**

<span style="background:black; color:white;">     </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | DIRECTOR OF SALES – HEALTHCARE<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | DIRECTOR OF SALES MID-MARKET<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | **MANUFACTURING SUPPLY AGREEMENT BETWEEN DOCHENG SHOES TRADING LIMITED AND SHOES FOR CREWS, LLC.** | DOCHENG SHOES TRADING LIMITED<br>ROOM 29, 8TH FL<br>CAREER AND KENSON INDUSTRIAL MANSION NO 58<br>HUNG TO RD, KWUN TONG KL<br>HONG KONG |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | DONALD WATROS<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | **MANUFACTURING SUPPLY AGREEMENT BETWEEN NEW HORIZON CO., LTD. AND SHOES FOR CREWS, LLC.** | DONG GUAN XINXIAO RUBBER NEW MATERIAL CO, LTD<br>SMART HOME PARK<br>QIAN FENG DIST<br>GUANG'AN CITY SICHUAN PROVINCE<br>CHINA |
| | State the term remaining | 01/01/2023-12/31/2024 | |
| | List the contract number of any government contract | | |
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT BETWEEN DUN & BRADSTREET, INC. AND SHOES FOR CREWS, LLC.** | DUN & BRADSTREET<br>P.O. BOX 742138<br>LOS ANGELES, CA 90074-2138 |
| | State the term remaining | 2/1/42022 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICE AGREEMENT BETWEEN EFILECABINET, INC. AND SHOES FOR CREWS, LLC. | EFILECABINET, INC<br>4101 N THANKSGIVING WAY, STE 200<br>LEHI, UT 84043 |
| | State the term remaining | 1/10/2023 | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING SUPPLY AGREEMENT BETWEEN GALLI INTERNATIONAL CO., LTD. AND SHOES FOR CREWS, LLC. | GALLI INTERNATIONAL INDUSTRIAL CO, LTD<br>LOT D-4T-CN & D-4-CN, MY PHUOE INUDSTRIAL PARK 3<br>THOI HOA WARD, BEN CAT TOWN<br>BINH DUONG PROVINCE<br>VIETNAM |
| | State the term remaining | 01/01/2023-12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING SUPPLY AGREEMENT BETWEEN GOODWAY INTERNATIONAL HOLDINGS INTERNATIONAL AND SHOES FOR CREWS, LLC. | GOODWAY INT'L HOLDINGS LTD<br>16F RAILWAY PLAZA, NOS 39 CHATHAM RD SOUTH<br>TSIM SHA TSUI, KOWLOON<br>HONG KONG |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES STATEMENT OF WORK BETWEEN GUIDEPOINT SECURITY, LLC AND SHOES FOR CREWS, LLC. | GUIDEPOINT SECURITY LLC<br>2201 COOPERATIVE WAY, STE 225<br>HERNDON, VA 20171 |
| | State the term remaining | 8/29/2023 | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | HEAD OF RISK ADVISORY SERVICES<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT BETWEEN HIRERIGHT, LLC AND SHOES FOR CREWS, LLC. | HIRE RIGHT, LLC<br>3349 MICHELSON DR, STE 150<br>IRVINE, CA 92612 |
| | State the term remaining | 7/18/2019 | |
| | List the contract number of any government contract | | |

| Debtor Name | Shoes For Crews, LLC | | Case number (if known): **24-10670** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL MARKETING AGREEMENT BETWEEN IGNITE VISIBILITY AND SHOES FOR CREWS, LLC. | IGNITE VISIBILITY LLC<br>4250 EXECUTIVE SQ, STE 100<br>LA JOLLA, CA 92037 |
| | State the term remaining | 2/22/2023 | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT BETWEEN INFINISOURCE BENEFITS SERVICES AND SHOES FOR CREWS, LLC. | ISOLVED / INFINISOURCE<br>2056 VISTA PKWY 350<br>WEST PALM BEACH, FL 33414 |
| | State the term remaining | 10/31/2018 | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | BOARD AGREEMENT | JAMES LOUGHLIN<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING SUPPLY AGREEMENT BETWEEN MEGA PERFECT DEVELOPMENT LTD. AND SHOES FOR CREWS, LLC. | JINJIANG XIONG YI SHOES - MEGA PERFECT<br>RM 1303, 13/F, SINO FAVOUR CENTRE<br>1 ON YIP ST<br>CHAIWAN<br>HONG KONG |
| | State the term remaining | 01/01/2023-12/31/2034 | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT BETWEEN JM111998, LLC. SHOES FOR CREWS, LLC | JM111998, LLC<br>5082 E HAMPDEN AVE, STE 289<br>DENVER, CO 80222 |
| | State the term remaining | 1/18/2022 | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING SUPPLY AGREEMENT BETWEEN JM AVENIR INTERNATIONAL (HK) LTD. AND SHOES FOR CREWS, LLC. | JM-AVENIR HK LTD<br>NO3 LONGZHU YIJIE SHANGTANG INDUSTRIAL PARK<br>SOUTHERN DIST, ZHONGSHAN GUANGDONG<br>CHINA |
| | State the term remaining | 01/01/2023-12/31/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |
|---|---|---|---|

▰▰▰ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL CARD AGREEMENT BETWEEN JPMORGAN CHASE BANK, N.A. AND SHOES FOR CREWS, LLC. | JPMORGAN COMMERCIAL CARDS P.O. BOX 15918 WILMINGTON, DE 19850 |
| | State the term remaining | 6/16/2021 | |
| | List the contract number of any government contract | | |
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER BETWEEN KELLEY DRYE & WARRAN LLP AND SHOES FOR CREWS, LLC | KELLEY DRYE & WARREN LLP WASHINGTON HARBOUR, STE 400 3050 K ST NW WASHINGTON, DC 20007 |
| | State the term remaining | 3/17/2016 | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | KEY HOLDER 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT BETWEEN KOENIG IP WORKS, PLLC AND SHOES FOR CREWS, LLC. | KOENIG IP WORKS, PLLC 2208 MARINER DR FT LAUDERDALE, FL 33316 |
| | State the term remaining | 11/7/2019 | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | GROUP BENEFIT AUTHORIZATION BETWEEN LEGALSHIELD BUSINESS SOLUTIONS AND SHOES FOR CREWS, LLC. | LEGALSHIELD ONE PRE-PAID WAY ADA, OK 74820 |
| | State the term remaining | 1/1/2019 | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM BETWEEN LINKEDIN CORP. AND SHOES FOR CREWS, LLC. | LINKEDIN CORPORATION 1000 W MAUDE AVE SUNNYVALE, CA 94085 |
| | State the term remaining | 6/15/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM BETWEEN LINKEDIN CORP. AND SHOES FOR CREWS, LLC. | LINKEDIN CORPORATION 1000 W MAUDE AVE SUNNYVALE, CA 94085 |
| | State the term remaining | 11/24/2023 | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT BETWEEN LOGIC BROKER AND SHOES FOR CREWS, LLC | LOGIC BROKER INC 1 ENTERPRISE DR SHELTON, CT 06484 |
| | State the term remaining | 11/29/2018 | |
| | List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SUBSCRIPTION AGREEMENT BETWEEN LOGIC BROKER AND SHOES FOR CREWS, LLC | LOGIC BROKER INC 1 ENTERPRISE DR SHELTON, CT 06484 |
| | State the term remaining | 6/29/2021 | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | MANAGER BUSINESS DEVELOPMENT CANADA 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | MANAGER SALES OPERATIONS 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | MANAGER SALES WHOLESALE CHANNEL CANADA 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE BONUS AGREEMENT INDIVIDUAL | MATTHEW WHITE ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | 11/1/2021 | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | SIGNED APPLICATION PAGE RELATED TO THE DENTAL INSURANCE POLICY | METLIFE GROUP BENEFITS 200 PARK AVE NEW YORK, NY 10166 |
| | State the term remaining<br>List the contract number of any government contract | 11/04/2020 | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE OF BENEFITS (CA) FOR THE DIRECT REFERRAL DENTAL PLAN AGREEMENT | METLIFE GROUP BENEFITS 200 PARK AVE NEW YORK, NY 10166 |
| | State the term remaining<br>List the contract number of any government contract | 11/4/2020 | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | DENTAL INSURANCE POLICY | METLIFE GROUP BENEFITS 200 PARK AVE NEW YORK, NY 10166 |
| | State the term remaining<br>List the contract number of any government contract | 11/04/2020 | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | GROUP INSURANCESCHEDULE OF BENEFITS (FL) FOR THE DIRECT REFERRAL DENTAL PLAN AGREEMENT | METLIFE GROUP BENEFITS 200 PARK AVE NEW YORK, NY 10166 |
| | State the term remaining<br>List the contract number of any government contract | 11/04/2020 | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE OF BENEFITS (TX) FOR THE DIRECT REFERRAL DENTAL PLAN AGREEMENT | METLIFE GROUP BENEFITS 200 PARK AVE NEW YORK, NY 10166 |
| | State the term remaining<br>List the contract number of any government contract | 11/04/2020 | |

Debtor Name    **Shoes For Crews, LLC**                                  Case number (if known): **24-10670**

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT BETWEEN ABM INUDSTRIAL CAMPAIGN (FORMERLY MOJO MEDIA LABS) AND SHOES FOR CREWS, LLC. | MOJO MEDIA LABS<br>400 E LAS COLINAS BLVD, STE 1050<br>IRVING, TX 75039 |
| | State the term remaining<br>List the contract number of any government contract | 11/16/2023-02/16/2024 | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | B2B DIGITAL MARKETING PROPOSAL BETWEEN MOTILIT AND SHOES FOR CREWS, LLC. | MOTILITI INC<br>5540 N LAMAR BLVD, STE 33<br>AUSTIN, TX 78751 |
| | State the term remaining<br>List the contract number of any government contract | 2/29/2024 | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | NEW YORK DISABILLITY BENEFITS AND PAID FAMILY LEAVE AGREEMENT | MUTUAL OF OMAHA<br>MUTUAL OF OMAHA PLAZA<br>OMAHA, NE 68175 |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2019 | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | TAX REPORTING AGREEMENT FOR NEW YORK DBL AND PFL | MUTUAL OF OMAHA<br>MUTUAL OF OMAHA PLAZA<br>OMAHA, NE 68175 |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2019 | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | TERM LIFE AND AD&D INSURANCE AGREEMENT | MUTUAL OF OMAHA<br>MUTUAL OF OMAHA PLAZA<br>OMAHA, NE 68175 |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2019 | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK 10 BETWEEN MYERS-HOLUM, INC. AND SHOES FOR CREWS, LLC. | MYERS-HOLUM, INC<br>244 MADISON AVE, STE 217<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | 2/20/2024 | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

| ▇ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK 11 BETWEEN MYERS-HOLUM, INC. AND SHOES FOR CREWS, LLC. | MYERS-HOLUM, INC 244 MADISON AVE, STE 217 NEW YORK, NY 10016 |
|---|---|---|---|
| | State the term remaining | 2/20/2024 | |
| | List the contract number of any government contract | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT BONUS AGREEMENT INDIVIDUAL | NATHAN CRARY ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 1/30/2023 | |
| | List the contract number of any government contract | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICES AGREEMENT BETWEEN ORACLE AMERICA, INC. AND SHOES FOR CREWS, LLC. | NETSUITE ORACLE BANC OF AMERICA LEASING BANK OF AMERICA NA LEASE ADMINISTRATION CENTER P.O. BOX 405874 ATLANTA, GA 30384-5874 |
|---|---|---|---|
| | State the term remaining | 3/1/2024 | |
| | List the contract number of any government contract | | |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZED INTERNET DEALER AGREEMENT BETWEEN NEW BALANCE ATHLETICS, INC. AND SHOES FOR CREWS, LLC. | NEW BALANCE ATHLETIC SHOE INC 100 GUEST ST BOSTON, MA 02135 |
|---|---|---|---|
| | State the term remaining | 02/26/2020 | |
| | List the contract number of any government contract | | |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT BETWEEN NYBERG CENTERCAL, LLC AND SHOES FOR CREWS, LLC | NYBERG CENTERCAL, LLC C/O CENTERCAL PROPERTIES LLC 1600 E FRANKLIN AVE EL SEGUNDO, CA 90245 |
|---|---|---|---|
| | State the term remaining | 4/10/2016 | |
| | List the contract number of any government contract | | |

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | ON-SITE SERVICE SPECIALIST 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
|---|---|---|---|
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

Debtor Name    **Shoes For Crews, LLC**                                    Case number (if known): **24-10670**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | **SUBLEASE AGREEMENT BETWEEN OPENROAD TRANSPORTATION, INC. AND SHOES FOR CREWS, LLC** | **OPENROAD TRANSPORTATION, INC 7201 SW NYBERG RD, STE SM-42 TUALATIN, OR 97062** |
| | State the term remaining | 8/1/2020 | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION SERVICES AGREEMENT BETWEEN ORACLE AMERICA, INC. AND SHOES FOR CREWS, LLC.** | **ORACLE AMERICA, INC 2300 ORACLE WAY AUSTIN, TX 78741** |
| | State the term remaining | 02/28/2020 | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | **MANUFACTURING SUPPLY AGREEMENT BETWEEN OVERSPEEDY SHOES VIETNAM CO., LTD. AND SHOES FOR CREWS, LLC.** | **OVERSPEEDY - ALEX AND ROBIN THE 605 PLOT OF PLAN, THE 08TH MAP BINH HOA QUARTER, TPK WARD TAN UYEN TOWN, BD PROVINCE VIETNAM** |
| | State the term remaining | 01/01/2023-12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION TERM AGREEMENT BETWEEN PAYLOCITY CORPORATION AND SHOES FOR CREWS, LLC.** | **PAYLOCITY 1400 AMERICAN LN SCHAUMBERG, IL 60173** |
| | State the term remaining | 9/2/2021 | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | **PAYMENT CARD PROCESSING AGREEMENT BETWEEN CHASE PAYMENTECH AND SHOES FOR CREWS, LLC.** | **PAYMENTECH 4 NORTHEASTERN BLVD SALEM, NH 3079** |
| | State the term remaining | 12/22/2007 | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | **PAYROLL SERVICES AGREEMENT BETWEEN BLUE MARBLE PAYROLL, LLC AND SHOES FOR CREWS, LLC.** | **PAYTRAK PAYROLL SERVICES LTD (BLUE MARBLE PAYROLL LLC) 1400 AMERICAN LN SCHAUMBERG, IL 60173** |
| | State the term remaining | 1/3/2022 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT BETWEEN PEAK ACTIVITY, LLC AND SHOES FOR CREWS, LLC** | **PEAK ACTIVITY LLC**<br>**1200 N FEDERAL HWY, STE 200**<br>**BOCA RATON, FL 33432** |
| | State the term remaining | 10/5/2020 | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK BETWEEN PEAK ACTIVITY, LLC AND SHOES FOR CREWS, LLC** | **PEAK ACTIVITY LLC**<br>**1200 N FEDERAL HWY, STE 200**<br>**BOCA RATON, FL 33432** |
| | State the term remaining | 6/23/2023 | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT BETWEEN PITNEY BOWES AND SHOES FOR CREWS, LLC.** | **PITNEY BOWES**<br>**2225 AMERICAN DR**<br>**P.O. BOX 371896**<br>**PITTSBURGH, PA 15250** |
| | State the term remaining | 7/29/2022 | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT BETWEEN PITNEY BOWES AND SHOES FOR CREWS, LLC.** | **PITNEY BOWES**<br>**2225 AMERICAN DR**<br>**P.O. BOX 371896**<br>**PITTSBURGH, PA 15250** |
| | State the term remaining | 10/17/2022 | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK FOR PROFESSIONAL SERVICES BETWEEN PROMETHEAN ANALYTICS AND SHOES FOR CREWS, LLC.** | **PROMETHEAN ANALYTICS INC**<br>**8929 PROMINENCE PJWY**<br>**BLDG 200**<br>**JACKSONVILLE, FL 32256** |
| | State the term remaining | 2/23/2022 | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK BETWEEN EPSILON DATA MANAGEMENT, LLC AND SHOES FOR CREWS, LLC FOR PEOPLECLOUD MESSAGING SOLUTION SUBSCRIPTION.** | **PUBLICIS EPSILON COLLECTION ACCOUNT FBO EPSILON DATA MANAGEMENT LLC**<br>**6021 CONNECTION DR**<br>**IRVINE, TX 75039** |
| | State the term remaining | 11/8/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

| ▉ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE STATEMENT OF WORK BETWEEN EPSILON DATA MANAGEMENT, LLC AND SHOES FOR CREWS, LLC | PUBLICIS EPSILON COLLECTION ACCOUNT FBO EPSILON DATA MANAGEMENT LLC 6021 CONNECTION DR IRVINE, TX 75039 |
| | State the term remaining | 11/8/2023 | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT BETWEEN EPSILON DATA MANAGEMENT, LLC AND SHOES FOR CREWS, LLC | PUBLICIS EPSILON COLLECTION ACCOUNT FBO EPSILON DATA MANAGEMENT LLC 6021 CONNECTION DR IRVINE, TX 75039 |
| | State the term remaining | 11/8/2023 | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK BETWEEN EPSILON DATA MANAGEMENT, LLC AND SHOES FOR CREWS, LLC FOR CDP SUBSCRIPTION. | PUBLICIS EPSILON COLLECTION ACCOUNT FBO EPSILON DATA MANAGEMENT LLC 6021 CONNECTION DR IRVINE, TX 75039 |
| | State the term remaining | 11/8/2023 | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT BETWEEN R2 UNIFIED TECHNOLOGIES AND SHOES FOR CREWS, LLC. | R2 UNIFIED TECHNOLOGIES, LLC 980 N FEDERAL HWY, STE 410 BOCA RATON, FL 33432 |
| | State the term remaining | 6/20/2022 | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | SCOPE OF SERVICES TO THE MASTER AGREEMENT BETWEEN R2 UNIFIED TECHNOLOGIES AND SHOES FOR CREWS, LLC. | R2 UNIFIED TECHNOLOGIES, LLC 980 N FEDERAL HWY, STE 410 BOCA RATON, FL 33432 |
| | State the term remaining | 6/20/2022 | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | REGIONAL MOBILE SALES 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

Debtor Name  **Shoes For Crews, LLC**                                    Case number (if known): **24-10670**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | **RETAIL DISTRIBUTION AGREEMENT BETWEEN STABLESTEP, LLC AND SHOES FOR CREWS, LLC.** | **REMINGTON PRODUCTS COMPANY DBA STABLE, STEP LLC 961 SEVILLE RD WADSWORTH, OH 44281** |
| | State the term remaining | 4/25/2022 | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **RETAIL SALES ASSOCIATE 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **RETAIL STORE MANAGER 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | **OUTPLACEMENT CONSULTING SERVICES AGREEMENT BETWEEN RIGHT MANAGEMENT AND SHOES FOR CREWS, LLC.** | **RIGHT MANAGEMENT 101 FEDERAL ST, STE 1900 BOSTON, MA 2110** |
| | State the term remaining | 10/2/2023 | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SALES VICE PRESIDENT 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SALES VP RETAIL 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

Debtor Name    **Shoes For Crews, LLC**                                Case number (if known):  **24-10670**

██████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | **MAIN SERVICES AGREEMENT BETWEEN SALESFORCE, INC. AND SHOES FOR CREWS, LLC** | **SALESFORCE.COM**<br>**P.O. BOX 203141**<br>**DALLAS, TX 75320-3141** |
| | State the term remaining | 10/16/2023 | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM BETWEEN SALESFORCE, INC. AND SHOES FOR CREWS, LLC.** | **SALESFORCE.COM**<br>**P.O. BOX 203141**<br>**DALLAS, TX 75320-3141** |
| | State the term remaining | 04/26/2023-04/25/2025 | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM BETWEEN SALESFORCE, INC. AND SHOES FOR CREWS, LLC.** | **SALESFORCE.COM**<br>**P.O. BOX 203141**<br>**DALLAS, TX 75320-3141** |
| | State the term remaining | 04/26/2023-04/25/2025 | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT BETWEEN SALESFORCE, INC. AND SHOES FOR CREWS, LLC.** | **SALESFORCE.COM**<br>**P.O. BOX 203141**<br>**DALLAS, TX 75320-3141** |
| | State the term remaining | 04/26/2023-04/25/2025 | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | **WORK FOR HIRE AGREEMENT BETWEEN HOOTEN DESIGN, LLC AND SHOES FOR CREWS, LLC.** | **SCOTT HOOTEN**<br>**DBA HOOTEN DESIGN LLC**<br>**9835 W JESSIE LN**<br>**PEORIA, AZ 85383** |
| | State the term remaining | 2/5/2024 | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SENIOR BUSINESS DEVELOPMENT MANAGER**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |
|---|---|---|---|

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SENIOR DIRECTOR OF SALES CANADA**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SENIOR MANAGER MOBILE SALES**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION AGREEMENT BETWEEN (SMARTPROCURE) GOVSPEND AND SHOES FOR CREWS, LLC.** | **SMARTPROCURE INC**<br>**5000 T-REX AVE, STE 200**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 12/12/2022-12/11/2025 | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SPECIALIST – THIRD PARTY**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER BETWEEN SQUIRE PATTON BOGGS (US), LLP AND SHOES FOR CREWS, LLC** | **SQUIRE PATTON BOGGS LLP**<br>**2550 M ST NW**<br>**WASHINGTON, DC 20037** |
| | State the term remaining<br>List the contract number of any government contract | 9/14/2021 | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | **PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL** | **SR ACCOUNT SUPPORT SPECIALIST**<br>**5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2023 | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER BETWEEN STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. AND SHOES FOR CREWS, LLC | STEARNS WEAVER MILLER WEISSLER 200 EAST LAS OLAS BLVD, STE 2100 FT LAUDERDALE, FL 33301 |
| | State the term remaining | 10/21/2019 | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | RETAINED ADVISOR AGREEMENT BETWEEN STEPWON, LLC AND SHOES FOR CREWS, LLC | STEPWON, LLC P.O. BOX 942 BENTONVILLE, AR 72712 |
| | State the term remaining | 9/14/2022 | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK BETWEEN CRAFT BRAND AND SHOES FOR CREWS, LLC. | STEVEN RICHARD DBA CRAFT BRAND DESIGN 22 WALSH AVE BARRINGTON, RI 02806 |
| | State the term remaining | 2/28/2024 | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT BETWEEN CRAFT BRAND AND SHOES FOR CREWS, LLC. | STEVEN RICHARD DBA CRAFT BRAND DESIGN 22 WALSH AVE BARRINGTON, RI 02806 |
| | State the term remaining | 7/19/2022 | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | STRATEGIC ACCOUNT MANAGER 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | STRATEGIC ACCOUNT MANAGER CANADA 5000 T-REX AVE, STE 100 BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

▋ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | GROUP VISION APPLICATION BETWEEN SUPERIOR VISION SERVICES, INC. AND SHOES FOR CREWS, LLC. | SUPERIOR VISION INSURANCE INC<br>881 ELKRIDGE LANDING RD, STE 300<br>LINTHICUM HEIGHTS, MD 21090 |
| | State the term remaining | 1/1/2019 | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | TEAM LEAD, CUSTOMER SUCCESS ACCOUNT MANAGER<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE-BASED SALES INCENTIVE PLANS INDIVIDUAL | TEAM LEAD, THIRD PARTY<br>5000 T-REX AVE, STE 100<br>BOCA RATON, FL 33431 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | FOOTWEAR SUPPLY AGREEMENT BETWEEN ABM FACILITY SOLUTIONS GROUP, LLC AND SHOES FOR CREWS, LLC. | THE ABM AGENCY<br>180 N LASALLE AVE, STE 1700<br>CHICAGO, IL 60601 |
| | State the term remaining | 1/1/2023 | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | WRITER AGREEMENT BETWEEN THE HIRED PENS, LLC AND SHOES FOR CREWS, LLC. | THE HIRED PENS, LLC<br>10 MORRISON PL<br>SOMERVILLE, MA 02144 |
| | State the term remaining | 2/8/2024 | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | PROJECT ORDER BETWEEN THE SIEGFRIED GROUP, LLP AND SHOES FOR CREWS, LLC. | THE SIEGFRIED GROUP, LLP<br>1201 MARKET ST, STE 700<br>WILMINGTON, DE 19801 |
| | State the term remaining | 11/6/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.174** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT BETWEEN THE VITALITY GROUP, LLC AND SHOES FOR CREWS, LLC. | THE VITALITY GROUP INC 200 W MONROE ST, STE 1900 CHICAGO, IL 60606 |
| | State the term remaining | 11/4/2020 | |
| | List the contract number of any government contract | | |
| **2.175** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK BETWEEN THE VITALITY GROUP, LLC AND SHOES FOR CREWS, LLC. | THE VITALITY GROUP INC 200 W MONROE ST, STE 1900 CHICAGO, IL 60606 |
| | State the term remaining | 12/29/2020 | |
| | List the contract number of any government contract | | |
| **2.176** | State what the contract or lease is for and the nature of the debtor's interest | MASTER ONLINE MARKETING SERVICE AGREEMENT BETWEEN TITAN GROWTH AND SHOES FOR CREWS, LLC. | TITAN GROWTH 10907 TECHNOLOGY PL SAN DIEGO, CA 92127 |
| | State the term remaining | 2/15/2022 | |
| | List the contract number of any government contract | | |
| **2.177** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING MASTER SERVICES AGREEMENT BETWEEN TRO, LLC AND SHOES FOR CREWS, LLC | TRO LLC 600 PHIPPS BLVD, STE 2301 ATLANTA, GA 30326 |
| | State the term remaining | 05/24/2021 | |
| | List the contract number of any government contract | | |
| **2.178** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT BETWEEN UNBXD, INC. AND SHOES FOR CREWS, LLC. | UNBXD, INC 1710 S AMPHLETT BLVD, STE 124 SAN MATEO, CA 94402 |
| | State the term remaining | 9/1/2022 | |
| | List the contract number of any government contract | | |
| **2.179** | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT BETWEEN UNBXD, INC. AND SHOES FOR CREWS, LLC. | UNBXD, INC 1710 S AMPHLETT BLVD, STE 124 SAN MATEO, CA 94402 |
| | State the term remaining | 8/17/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING SUPPLY AGREEMENT BETWEEN UNISEN INDUSTRIAL DEVELOPMENT PTE. LTD. AND SHOES FOR CREWS, LLC. | UNISEN INDUSTRIAL DEVELOPMENT PTE LTD<br>987 SERANGOOD RD<br>SINGAPORE, 328147<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | 01/01/2023-12/31/2024 | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AND SERVICE AGREEMENT BETWEEN UNITED RENTALS AND SHOES FOR CREWS, LLC. | UNITED RENTALS (NORTH AMERICA), INC<br>1817 EUCLID AVE<br>DES MOINES, IA 50313-3015 |
| | State the term remaining<br>List the contract number of any government contract | 4/1/2024 | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT BETWEEN VERITY PARTNERS, INC. AND SHOES FOR CREWS, LLC. | VERITY PARTNERS INC<br>1515 S FEDEREAL HWY, STE 308<br>BOCA RATON, FL 33432 |
| | State the term remaining<br>List the contract number of any government contract | 01/31/2019-01/31/2022 | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR ACCOUNT AGREEMENT BETWEEN VERIZON WIRELESS AND SHOES FOR CREWS, LLC. | VERIZON<br>4700 EXCHANGE CT<br>BOCA RATON, FL 33431 |
| | State the term remaining<br>List the contract number of any government contract | 11/7/2022 | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT BETWEEN WEINGARTEN REALTY INVESTORS (KIMCO REALTY) SHOES FOR CREWS, LLC | WEINGARTEN REALTY INVESTORS (KIMCO REALTY)<br>P.O. BOX 924133<br>HOUSTON, TX 77292-4133 |
| | State the term remaining<br>List the contract number of any government contract | 7/15/2019 | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PLATFORM AGREEMENT AND ORDER FORM 1 BETWEEN BOUNCEX AND SHOES FOR CREWS, LLC. | WUNDERKIND<br>DBA BOUNCE<br>1 WORLD TRADE CTR, 74TH FL<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | 04/19/2019-08/31/2019 | |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORDER FORM 1 BETWEEN BOUNCEX AND SHOES FOR CREWS, LLC. | WUNDERKIND<br>DBA BOUNCE<br>1 WORLD TRADE CTR, 74TH FL<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | 10/15/2022-07/14/2022 | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORDER FORM 1 BETWEEN BOUNCEX AND SHOES FOR CREWS, LLC. | WUNDERKIND<br>DBA BOUNCE<br>1 WORLD TRADE CTR, 74TH FL<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | 10/15/2022-07/14/2024 | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM 2 BETWEEN BOUNCEX AND SHOES FOR CREWS, LLC. | WUNDERKIND<br>DBA BOUNCE<br>1 WORLD TRADE CTR, 74TH FL<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | 09/15/2023-07/14/2024 | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM 3 BETWEEN BOUNCEX AND SHOES FOR CREWS, LLC. | WUNDERKIND<br>DBA BOUNCE<br>1 WORLD TRADE CTR, 74TH FL<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | 09/15/2023-07/14/2024 | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT BETWEEN ZOOMINFO TECHNOLOGIES, LLC AND SHOES FOR CREWS, LLC. | ZOOMINFO TECHNOLOGIES LLC<br>ZOOMINFO TECHNOLOGIES<br>805 BROADWAY ST STE 900<br>VANCOUVER, WA 98660 |
| | State the term remaining<br>List the contract number of any government contract | 10/13/2022 | |

| Debtor Name | **Shoes For Crews, LLC** |
|---|---|

**United States Bankruptcy Court for the District of Delaware**

| Case number (if known): | **24-10670** |
|---|---|

☐ Check if this is an amended filing

<u>Official Form 206H</u>

**Schedule H: Codebtors**                                                          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | **CCMP CAPITAL INVESTORS III (EMPLOYEE), LP** | | The CIT Group/Commercial Services, Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **DON'T SLIP INC, AN AFFILIATE** | **OF CCMP CAPITAL INVESTORS III, LP** | The CIT Group/Commercial Services, Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | **NEVER SLIP HOLDINGS, INC** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | **NEVER SLIP HOLDINGS, INC** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | **SFC CANADA, INC.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | **Shoes For Crews, LLC** | Case number (if known): **24-10670** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6 **SFC CANADA, INC.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.7 **SFC HOLDINGS, INC.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |
| 2.8 **SFC HOLDINGS, INC.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.9 **SFC HOLDINGS, LLC** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |
| 2.10 **SFC HOLDINGS, LLC** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.11 **SHO HOLDING I CORPORATION** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |
| 2.12 **SHO HOLDING I CORPORATION** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.13 **SHO HOLDING II CORPORATION** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Shoes For Crews, LLC** | | Case number (if known): **24-10670** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.14 **SHO HOLDING II CORPORATION** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.15 **SHOES FOR CREWS CANADA, LTD.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |
| 2.16 **SHOES FOR CREWS CANADA, LTD.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.17 **SHOES FOR CREWS, INC.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |
| 2.18 **SHOES FOR CREWS, INC.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.19 **SRS/MKS, L.L.C.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |
| 2.20 **SRS/MKS, L.L.C.** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D ☐ E/F ☐ G |
| 2.21 **SUNRISE ENTERPRISES, LLC** | **5000 T-REX AVE, STE 100 BOCA RATON, FL 33431** | Antares Capital, LP | ☑ D ☐ E/F ☐ G |

Debtor Name    **Shoes For Crews, LLC**                              Case number (if known): **24-10670**

| | **Additional Page(s) if Debtor has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                      **Column 2: Creditor**

| Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|
| 2.22  **SUNRISE ENTERPRISES, LLC** | **5000 T-REX AVE, STE 100**<br>**BOCA RATON, FL 33431** | Ares Capital Corp | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    Page 4 of  4

| | |
|---|---|
| **Debtor Name** | Shoes For Crews, LLC |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** | 24-10670 |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)

☑ *Schedule H: Codebtors*    (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the Shoes For Crews, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 145 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:    5/14/2024
        MM / DD / YYYY

Signature _____ /s/ Christopher Sim _____

Christopher Sim
Printed Name

Chief Financial Officer
Title